**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Jonathan L. Ashley III | U.S. | Joshua Ryan Ashley | Father |
| Jonathan Leigh Ashley IV | U.S. | Joshua Ryan Ashley | Brother |
| Jordan T. Ashley | U.S. | Joshua Ryan Ashley | Brother |
| Tammie Maria Ashley | U.S. | Joshua Ryan Ashley | Mother |
| Cheryl Atwell | U.S. | Bradley W. Atwell | Mother |
| Erin Riedel | U.S. | Bradley W. Atwell | Sister |
| Angela Kahler | U.S. | Thomas A. Baysore Jr. | Sister |
| Pamela E. Alexander Bell | U.S. | Vincent J. Bell | Mother |
| James Bell | U.S. | Vincent J. Bell | Father |
| London Jacinda Bell | U.S. | Vincent J. Bell | Sister |
| Andrea Roe | U.S. | Vincent J. Bell | Sister |
| Frederick C. Benson | U.S. | Darrik C. Benson | Father |
| Beverly Mills | U.S. | Darrik C. Benson | Mother |
| Maggie Mae Bilyeu | U.S. | Maggie Mae Bilyeu | Injured by a suicide bombing attack. |
| Katherine Abreu-Border | U.S. | Jeremie S. Border | Sister |
| Mary Border | U.S. | Jeremie S. Border | Mother |
| DeLaynie K. Peek | U.S. | Jeremie S. Border | Sister |
| Francisco Javier Briseño Gutierrez | U.S. | Francisco J. Briseño-Alvarez Jr. | Father |
| Luis Briseño | U.S. | Francisco J. Briseño-Alvarez Jr. | Brother |
| Marissa Brown | U.S. | Allan Eric Brown | Widow |
| Ariell S. Taylor, individually and on behalf of the Estate of Christopher L. Brown | U.S. | Christopher L. Brown | Widow, Estate PR |
| William A. Burley | U.S. | Nicholas B. Burley | Brother |
| William Michael Burley | U.S. | Nicholas B. Burley | Father |
| Michael Collins | U.S. | Nicholas B. Burley | Brother |

---

[1] As identified in Part IX, Paragraphs 1363 to 2245 of the Complaint.

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Dan Olmstead | U.S. | Nicholas B. Burley | Step-father of SPC Nicholas B. Burley; lived in the same household as SPC Burley for a substantial period of time and considered SPC Burley the functional equivalent of a biological son |
| Tammy Olmstead | U.S. | Nicholas B. Burley | Mother |
| August Wildman | U.S. | David E. Cabrera | Widow |
| Corbin Cabrera | U.S. | David E. Cabrera | Son |
| Daniel Matias Cabrera | U.S. | David E. Cabrera | Foster-Brother of LTC David E. Cabrera; lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother |
| Gillian Leigh Cabrera | U.S. | David E. Cabrera | Daughter |
| M.G.C., by and through his next friend, August Wildman | U.S. | David E. Cabrera | Son |
| R.X.C., by and through his next friend, August Wildman | U.S. | David E. Cabrera | Son |
| Robert Cabrera | U.S. | David E. Cabrera | Foster-Father of LTC David E. Cabrera; lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological son |
| Ronald Paul Hopkins | U.S. | David E. Cabrera | Brother |
| Suzanne Renae Martinez | U.S. | David E. Cabrera | Sister |
| JD Prosser | U.S. | David E. Cabrera | Sister |
| Gloria Diane Trelfa | U.S. | David E. Cabrera | Foster-Sister of LTC David E. Cabrera; lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Cynthia Carol Campbell | U.S. | Christopher George Campbell | Sister |
| Ramiro Cardoza Jr. | U.S. | Kevin Cardoza | Brother |
| Ramiro Cardoza Sr. | U.S. | Kevin Cardoza | Father |
| Maria Cardoza | U.S. | Kevin Cardoza | Mother |
| Brittani Marie Carner | U.S. | Timothy Norman Carner | Wife |
| T.M.C., by and through his next friend, Timothy Norman Carner | U.S. | Timothy Norman Carner | Son |
| Timothy Norman Carner | U.S. | Timothy Norman Carner | Injured by an IED attack. |
| Cordaro Devone Clark | U.S. | Chazray C. Clark | Brother |
| Corteize Clark | U.S. | Chazray C. Clark | Brother |
| Keyko D. Clark | U.S. | Chazray C. Clark | Mother |
| Precious Clark | U.S. | Chazray C. Clark | Sister |
| Cleveland Davis | U.S. | Chazray C. Clark | Brother |
| April Cleary | U.S. | Jonathan Cleary | Mother |
| Jonathan Cleary | U.S. | Jonathan Cleary | Injured by an IED attack. |
| B.C., by and through his next friend, Holly Conrad | U.S. | Timothy J. Conrad Jr. | Son |
| Holly Conrad | U.S. | Timothy J. Conrad Jr. | Widow |
| Peyton Cooney | U.S. | Ross Cox | Daughter |
| A.C., by and through his next friend, Nicole Cox | U.S. | Ross Cox | Son |
| Brennan Cox | U.S. | Ross Cox | Son |
| H.C., by and through her next friend, Nicole Cox | U.S. | Ross Cox | Daughter |
| Nicole Cox | U.S. | Ross Cox | Wife |
| Ross Cox | U.S. | Ross Cox | Injured by an IED attack. |
| Anthony D'Augustine | U.S. | Joseph D'Augustine | Father |
| Jennifer D'Augustine | U.S. | Joseph D'Augustine | Sister |
| Nicole D'Augustine | U.S. | Joseph D'Augustine | Sister |
| Patricia D'Augustine | U.S. | Joseph D'Augustine | Mother |
| Michele Kulesa | U.S. | Joseph D'Augustine | Sister |
| Adam Daehling | U.S. | Mitchell K. Daehling | Brother |
| Brenda Daehling | U.S. | Mitchell K. Daehling | Mother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Kayla Marie Daehling | U.S. | Mitchell K. Daehling | Sister |
| Kirk W. Daehling | U.S. | Mitchell K. Daehling | Father |
| Samantha Daehling | U.S. | Mitchell K. Daehling | Widow |
| Heather Frances Daniels | U.S. | Devin J. Daniels | Step-mother of SGT Devin J. Daniels; lived in the same household as SGT Daniels for a substantial period of time and considered SGT Daniels the functional equivalent of a biological son |
| James L. Daniels | U.S. | Devin J. Daniels | Father |
| Lucas Daniels | U.S. | Devin J. Daniels | Brother |
| Sophie Daniels | U.S. | Devin J. Daniels | Sister |
| Judith Sara Darrough | U.S. | James M. Darrough | Step-mother of SGT James M. Darrough; lived in the same household as SGT Darrough for a substantial period of time and considered SGT Darrough the functional equivalent of a biological son |
| Robert Charles Darrough | U.S. | James M. Darrough | Father |
| C.D., by and through his next friend, Helena Davis | U.S. | Jonathan D. Davis | Son |
| Helena Davis | U.S. | Jonathan D. Davis | Widow |
| Joseph Roger Deslauriers | U.S. | Joseph Roger Deslauriers | Injured by an IED attack. |
| Lisa Deslauriers | U.S. | Joseph Roger Deslauriers | Wife |
| Alberto D. Diaz | U.S. | Alberto D. Diaz | Injured by an IED attack. |
| Anthony M. Diaz | U.S. | Alberto D. Diaz | Brother |
| Frances P. Diaz | U.S. | Alberto D. Diaz | Mother |
| Kayla N. Diaz | U.S. | Alberto D. Diaz | Wife |
| Matthew J. Diaz | U.S. | Alberto D. Diaz | Brother |
| Maximo Diaz | U.S. | Alberto D. Diaz | Father |
| N.J.A.D., by and through his next friend, Kayla N. Diaz | U.S. | Alberto D. Diaz | Son |
| N.J.D., by and through her next friend, Kayla N. Diaz | U.S. | Alberto D. Diaz | Daughter |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| B.C.D., by and through his next friend, Kelli Dodge | U.S. | Corey J. Dodge | Son |
| Kelli Dodge | U.S. | Corey J. Dodge | Widow |
| P.A.D., by and through her next friend, Kelli Dodge | U.S. | Corey J. Dodge | Daughter |
| Phouthasith Douangdara | U.S. | John Douangdara | Father |
| Robert Alexander Dove | U.S. | Robert Alexander Dove | Injured by an IED attack. |
| Sarah Peters-Duarte, individually and on behalf of the Estate of Curtis Joseph Duarte | U.S. | Curtis Joseph Duarte | Widow, Estate PR |
| Joseph Duarte | U.S. | Curtis Joseph Duarte | Father |
| Joy Coy | U.S. | Stephen J. Dunning | Sister |
| Robert L. Dunning, individually and on behalf of the Estate of Tomoe Dunning | U.S. | Stephen J. Dunning | Father, Estate PR |
| Carey Greggory DuVal | U.S. | Carey Greggory DuVal | Injured by a vehicle-born IED attack. |
| Erich Martin Ellis | U.S. | Erich Ellis | Injured by an IED attack. |
| James Russell Ellis | U.S. | Erich Ellis | Father |
| James Earl Ellis | U.S. | Robert W. Ellis | Brother |
| Joelle R. Ellis | U.S. | Robert W. Ellis | Mother |
| John F. Ellis | U.S. | Robert W. Ellis | Father |
| Vanessa Marie Anzures | U.S. | Vincent J. Ellis | Sister |
| Brian Edward Ellis | U.S. | Vincent J. Ellis | Father |
| Julie Ann Ellis | U.S. | Vincent J. Ellis | Mother |
| Victor Raymond Ellis | U.S. | Vincent J. Ellis | Brother |
| Catherine Elm Boatwright | U.S. | Michael D. Elm | Sister |
| Margaret Elm Campbell | U.S. | Michael D. Elm | Sister |
| Dennis John Elm | U.S. | Michael D. Elm | Father |
| Donna Lee Elm | U.S. | Michael D. Elm | Mother |
| Matthew Elm | U.S. | Michael D. Elm | Brother |
| Christine Rangel | U.S. | Michael D. Elm | Sister |
| Charles Essex | U.S. | Richard A. Essex | Father |
| Marion Ruth Hopkins | U.S. | Richard A. Essex | Mother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| John L. Fant | U.S. | Garrett A. Fant | Father |
| Stephanie Jane Fisher | U.S. | Thomas K. Fogarty | Mother |
| C.F., by and through his next friend, Stephanie Jane Fisher | U.S. | Thomas K. Fogarty | Son |
| K.F., by and through his next friend, Stephanie Jane Fisher | U.S. | Thomas K. Fogarty | Son |
| Thomas Anthony Fogarty | U.S. | Thomas K. Fogarty | Father |
| Erica Fox | U.S. | Michael Festus Fox | Wife |
| G.F., by and through his next friend, Erica Fox | U.S. | Michael Festus Fox | Son |
| Michael Festus Fox | U.S. | Michael Festus Fox | Injured by an IED attack. |
| Jason Wayne Gibson | U.S. | Jason Wayne Gibson | Injured by an IED attack. |
| Q.G., by and through his next friend, Kara Gibson | U.S. | Jason Wayne Gibson | Son |
| Kara Gibson | U.S. | Jason Wayne Gibson | Wife |
| Jessica Anne Benson | U.S. | William Joseph Gilbert | Sister |
| Joanna Gilbert | U.S. | William Joseph Gilbert | Mother |
| Emmitt Dwayne Burns | U.S. | Paul Goins Jr. | Step-son of Mr. Paul Goins Jr.; lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father |
| Janice Caruso | U.S. | Paul Goins Jr. | Step-daughter of Mr. Paul Goins Jr.; lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father |
| Paul Edward Goins III | U.S. | Paul Goins Jr. | Son |
| Patricia Goins | U.S. | Paul Goins Jr. | Widow |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Dana Rainey | U.S. | Paul Goins Jr. | Step-daughter of Mr. Paul Goins Jr.; lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father |
| L.C.D., by and through his next friend, Bridgett L. DeHoff | U.S. | Jonathan A. Gollnitz | Son |
| Kirk Andrew Gollnitz | U.S. | Jonathan A. Gollnitz | Brother |
| Tyler Gollnitz | U.S. | Jonathan A. Gollnitz | Brother |
| Conchetta Michell Diaz | U.S. | Brittany Bria Gordon | Sister |
| Cedric Donshae Gordon Sr. | U.S. | Brittany Bria Gordon | Brother |
| Cedric Frank Gordon | U.S. | Brittany Bria Gordon | Father |
| Adrian Kie-Alun Sherrod | U.S. | Brittany Bria Gordon | Brother |
| Kristin Caracciolo | U.S. | Douglas J. Green | Sister |
| Suni Chabrow | U.S. | Douglas J. Green | Mother |
| Paige Erlanger | U.S. | Douglas J. Green | Sister |
| Colby Anderson | U.S. | Travis Scott Green | Step-son of GySgt Travis Scott Green; lived in the same household as GySgt Green for a substantial period of time and considered GySgt Green the functional equivalent of a biological father |
| Hayley Anderson | U.S. | Travis Scott Green | Step-daughter of GySgt Travis Scott Green; lived in the same household as GySgt Green for a substantial period of time and considered GySgt Green the functional equivalent of a biological father |
| A.G., by and through her next friend, Julie Green | U.S. | Travis Scott Green | Daughter |
| A.G., by and through her next friend, Julie Green | U.S. | Travis Scott Green | Daughter |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| E.G., by and through her next friend, Julie Green | U.S. | Travis Scott Green | Daughter |
| Glenda Green | U.S. | Travis Scott Green | Sister |
| Julie Green | U.S. | Travis Scott Green | Ex-Wife |
| T.G., by and through her next friend, Julie Green | U.S. | Travis Scott Green | Daughter |
| Travis Scott Green | U.S. | Travis Scott Green | Injured by an IED attack. |
| Carol Griffin | U.S. | Kevin J. Griffin | Step-mother of CSM Kevin J. Griffin; lived in the same household as CSM Griffin for a substantial period of time and considered CSM Griffin the functional equivalent of a biological son |
| Daniel Griffin | U.S. | Kevin J. Griffin | Step-brother of CSM Kevin J. Griffin; lived in the same household as CSM Griffin for a substantial period of time and considered CSM Griffin the functional equivalent of a biological brother |
| Matt Griffin | U.S. | Kevin J. Griffin | Brother |
| Shawn Patrick Griffin | U.S. | Kevin J. Griffin | Brother |
| Sheila Ristaino | U.S. | Kevin J. Griffin | Sister |
| Jerry Hardison, individually and on behalf of the Estate of Teresa Hardison | U.S. | Jeremy F. Hardison | Father, Estate PR |
| Justina Hardison | U.S. | Jeremy F. Hardison | Sister |
| Holly Marie Harpe | U.S. | Scott D. Harper | Step-sister of LCpl Scott D. Harper; lived in the same household as LCpl Harper for a substantial period of time and considered LCpl Harper the functional equivalent of a biological brother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Angela Marie Harper | U.S. | Scott D. Harper | Step-mother of LCpl Scott D. Harper; lived in the same household as LCpl Harper for a substantial period of time and considered LCpl Harper the functional equivalent of a biological son |
| Brian Harper | U.S. | Scott D. Harper | Father |
| Joseph Troy Hulsey Jr. | U.S. | Scott D. Harper | Step-brother of LCpl Scott D. Harper; lived in the same household as LCpl Harper for a substantial period of time and considered LCpl Harper the functional equivalent of a biological brother |
| Adam Samuel Hartswick | U.S. | Adam Samuel Hartswick | Injured by an IED attack. |
| Alex Henigan | U.S. | Jay Henigan | Son |
| Kevin Honaker | U.S. | Kevin Honaker | Injured by an IED attack. |
| Larry D. Horns | U.S. | Christopher Alexander Horns | Father |
| Tamara Elaine Horns | U.S. | Christopher Alexander Horns | Mother |
| Tiffany Louise Horns | U.S. | Christopher Alexander Horns | Sister |
| Benjamin Horsley | U.S. | Justin L. Horsley | Brother |
| John Horsley | U.S. | Justin L. Horsley | Brother |
| Songmi Kietzmann | U.S. | Justin L. Horsley | Mother |
| Kathleen Lynn Alexander | U.S. | Michael Anthony Hughes | Sister |
| Daniel Owen Hughes | U.S. | Michael Anthony Hughes | Brother |
| Patricia Shirley Hughes | U.S. | Michael Anthony Hughes | Sister |
| Kristine Anne Zitny | U.S. | Michael Anthony Hughes | Sister |
| Betty Darlene Black | U.S. | Eric M. Hunter | Mother |
| Joey J. Hunter II | U.S. | Eric M. Hunter | Brother |
| Joey J. Hunter Sr. | U.S. | Eric M. Hunter | Father |
| Eric M. Hunter | U.S. | Eric M. Hunter | Injured by an IED attack. |
| J.H., by and through his next friend, Eric M. Hunter | U.S. | Eric M. Hunter | Son |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Kenna Hunter | U.S. | Eric M. Hunter | Wife |
| K.H., by and through her next friend, Eric M. Hunter | U.S. | Eric M. Hunter | Daughter |
| Nicholas Walter Robinson IV | U.S. | Eric M. Hunter | Brother |
| Michael Iubelt | U.S. | Tyler Ray Iubelt | Father |
| Shelby Iubelt | U.S. | Tyler Ray Iubelt | Widow |
| V.I., by and through her next friend, Shelby Iubelt | U.S. | Tyler Ray Iubelt | Daughter |
| Charlotte Loquasto | U.S. | Tyler Ray Iubelt | Mother |
| J.A.L., by and through his next friend, Charlotte Loquasto | U.S. | Tyler Ray Iubelt | Brother |
| Bradley Dylan Ivanchan | U.S. | Bradley Dylan Ivanchan | Injured by an IED attack. |
| Adam Matthew Jayne | U.S. | Ryan P. Jayne | Brother |
| Ayzia J. Jayne | U.S. | Ryan P. Jayne | Sister |
| Paul Elmer Jayne | U.S. | Ryan P. Jayne | Father |
| G.A.S., by and through his next friend, Kent Alan Skeens | U.S. | Ryan P. Jayne | Brother |
| Kent Alan Skeens | U.S. | Ryan P. Jayne | Step-father of SPC Ryan P. Jayne; lived in the same household as SPC Jayne for a substantial period of time and considered SPC Jayne the functional equivalent of a biological son |
| Sherry A. Skeens | U.S. | Ryan P. Jayne | Mother |
| Trent Lorne Skeens | U.S. | Ryan P. Jayne | Brother |
| Z.R.S., by and through her next friend, Kent Alan Skeens | U.S. | Ryan P. Jayne | Sister |
| Brian Christopher Jergens | U.S. | Brian Christopher Jergens | Injured by an IED attack. |
| Terence Lonnie Jones | U.S. | Terence Lonnie Jones | Injured by an IED attack. |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| John C. McCarthy | U.S. | Alexis Leigh Kamerman | Step-father of Ms. Alexis Leigh Kamerman; lived in the same household as Ms. Kamerman for a substantial period of time and considered Ms. Kamerman the functional equivalent of a biological daughter |
| Alison R. Pohn | U.S. | Alexis Leigh Kamerman | Mother |
| Kevin King | U.S. | Kevin King | Kidnapped by Haqqani Network and subsequently injured. |
| Stephanie Ann Miller | U.S. | Kevin King | Sister |
| Edward Klein | U.S. | Edward Klein | Injured by an IED attack. |
| Abby Knapp-Morris | U.S. | Michael J. Knapp | Widow |
| K.K., by and through her next friend, Abby Knapp-Morris | U.S. | Michael J. Knapp | Daughter |
| Brandon Korona | U.S. | Brandon Korona | Injured by an IED attack. |
| Brian Lambka | U.S. | Todd W. Lambka | Father |
| Jordan Lambka | U.S. | Todd W. Lambka | Brother |
| L.A.E.L.B., by and through her next friend, Natasha Buchanan | U.S. | Jason D. Landphair | Daughter |
| Natasha Buchanan | U.S. | Jason D. Landphair | Widow |
| S.L.L.B., by and through her next friend, Natasha Buchanan | U.S. | Jason D. Landphair | Daughter |
| Douglas A. Landphair | U.S. | Jason D. Landphair | Father |
| Jean S. Landphair | U.S. | Jason D. Landphair | Mother |
| Meredith Landphair | U.S. | Jason D. Landphair | Sister |
| B.R.L., by and through her next friend, Miranda Landrum | U.S. | Brandon J. Landrum | Daughter |
| G.B.L., by and through his next friend, Miranda Landrum | U.S. | Brandon J. Landrum | Son |
| James R. Landrum | U.S. | Brandon J. Landrum | Father |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Janet Landrum | U.S. | Brandon J. Landrum | Mother |
| Miranda Landrum | U.S. | Brandon J. Landrum | Widow |
| Holly Lau Abraham | U.S. | David William Haalilio Lau | Sister |
| Leroy Wingkit Lau Jr. | U.S. | David William Haalilio Lau | Brother |
| Alexander Lau | U.S. | David William Haalilio Lau | Son |
| David William Haalilio Lau | U.S. | David William Haalilio Lau | Injured by a suicide bombing attack. |
| Hamide Lau | U.S. | David William Haalilio Lau | Wife |
| K.L., by and through his next friend, David William Haalilio Lau | U.S. | David William Haalilio Lau | Son |
| M.L., by and through her next friend, David William Haalilio Lau | U.S. | David William Haalilio Lau | Daughter |
| Vivian Perry | U.S. | David William Haalilio Lau | Mother |
| Michelle Lee Rauschenberger | U.S. | David William Haalilio Lau | Sister |
| Jammie Joann Smith | U.S. | David William Haalilio Lau | Sister |
| Eric Daniel Lund | U.S. | Eric Daniel Lund | Injured in a complex attack involving IEDs, small arms fire, and rocket propelled grenades. |
| Karyn Stone Marta | U.S. | Chase S. Marta | Mother |
| Lawrence Marta | U.S. | Chase S. Marta | Father |
| Taylor Marta | U.S. | Chase S. Marta | Sister |
| Bob Surprenant | U.S. | Ethan J. Martin | Step-father of CPL Ethan J. Martin; lived in the same household as CPL Martin for a substantial period of time and considered CPL Martin the functional equivalent of a biological son |
| Kristie Surprenant | U.S. | Ethan J. Martin | Mother |
| Brian M. Martin | U.S. | Wyatt J. Martin | Father |
| Catherine G. Martin | U.S. | Wyatt J. Martin | Sister |
| Elizabeth A. Martin | U.S. | Wyatt J. Martin | Sister |
| Julie K. Martin | U.S. | Wyatt J. Martin | Mother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Jose Luis Martinez Hernandez | U.S. | Jose Luis Martinez Hernandez | Injured by an IED attack. |
| Liseth Martinez-Arellano | U.S. | Jose Luis Martinez Hernandez | Wife |
| Chester R. McBride Sr. | U.S. | Chester J. McBride III | Father |
| Annie L. McBride | U.S. | Chester J. McBride III | Mother |
| Alexandra Dorian McClintock | U.S. | Matthew Q. McClintock | Widow |
| D.C.M., by and through his next friend, Alexandra Dorian McClintock | U.S. | Matthew Q. McClintock | Son |
| George B. McClintock | U.S. | Matthew Q. McClintock | Father |
| Joyce Patricia Paulsen | U.S. | Matthew Q. McClintock | Mother |
| Kevin Williams | U.S. | Matthew Q. McClintock | Brother |
| Kathleen McEvoy | U.S. | Richard P. McEvoy | Widow |
| Michelle Rose McEvoy | U.S. | Richard P. McEvoy | Daughter |
| Patrick Charles McEvoy | U.S. | Richard P. McEvoy | Son |
| Janice H. Proctor | U.S. | Richard P. McEvoy | Mother |
| Luann Varney | U.S. | Richard P. McEvoy | Sister |
| Shannon K. McNulty | U.S. | Richard L. McNulty III | Sister |
| John Means | U.S. | Dale W. Means | Father |
| Clarence Joseph Metcalf | U.S. | Michael J. Metcalf | Father |
| Kimberly Metcalf | U.S. | Michael J. Metcalf | Mother |
| Jeremy J. Metzger | U.S. | Jonathan M. Metzger | Brother |
| Theresa Karlson | U.S. | Eugene C. Mills III | Mother |
| Anna Maria Banzer | U.S. | Travis A. Morgado | Sister |
| Andrea Kessler | U.S. | Travis A. Morgado | Mother |
| Sofia Kessler | U.S. | Travis A. Morgado | Sister |
| Eric Morgado | U.S. | Travis A. Morgado | Brother |
| Jose Alberto Morgado | U.S. | Travis A. Morgado | Father |
| Connor Alexian Pladeck-Morgado | U.S. | Travis A. Morgado | Brother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Anna Morgan | U.S. | Jedidiah Daniel Morgan | Wife |
| Jedidiah Daniel Morgan | U.S. | Jedidiah Daniel Morgan | Injured by an IED attack. |
| Miriam A. Mullen | U.S. | Sean W. Mullen | Mother |
| Nancy Marie Mullen | U.S. | Sean W. Mullen | Widow |
| William J. Mullen | U.S. | Sean W. Mullen | Father |
| Catherine Mullins | U.S. | Brandon S. Mullins | Mother |
| Thomas Mullins | U.S. | Brandon S. Mullins | Father |
| Bethany Rose Mullins Randall | U.S. | Brandon S. Mullins | Sister |
| Chet Murach | U.S. | Thomas Paige Murach | Father |
| William Anthony Murach | U.S. | Thomas Paige Murach | Brother |
| William R. Nevins | U.S. | Liam Jules Nevins | Father |
| Derrick Anthony Davis | U.S. | Christopher R. Newman | Brother |
| Donald Edward Newman Sr. | U.S. | Christopher R. Newman | Grandfather of SSG Christopher R. Newman; lived in the same household as SSG Newman for a substantial period of time and considered SSG Newman the functional equivalent of a biological son |
| Amanda Newman | U.S. | Christopher R. Newman | Widow |
| Mary R. Hammerbacher-Nichols | U.S. | Bryan J. Nichols | Widow |
| Brandon Nichols | U.S. | Bryan J. Nichols | Brother |
| Cynthia Nichols | U.S. | Bryan J. Nichols | Mother |
| Douglas Nichols | U.S. | Bryan J. Nichols | Father |
| Monte Douglas Nichols | U.S. | Bryan J. Nichols | Brother |
| Nicole Ann Robles | U.S. | Bryan J. Nichols | Sister |
| Bruce K. Nichols | U.S. | Rob Lee Nichols | Father |

14

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Jeanne M. Nichols | U.S. | Rob Lee Nichols | Step-mother of SPC Rob Lee Nichols; lived in the same household as SPC Nichols for a substantial period of time and considered SPC Nichols the functional equivalent of a biological son |
| M.G.N., by and through her next friend, Bruce K. Nichols | U.S. | Rob Lee Nichols | Sister |
| Adolf Olivas | U.S. | Nicholas Henry Olivas | Father |
| Christa L. Osborn | U.S. | Kyle B. Osborn | Step-mother of SGT Kyle B. Osborn; lived in the same household as SGT Osborn for a substantial period of time and considered SGT Osborn the functional equivalent of a biological son |
| Creighton David Osborn | U.S. | Kyle B. Osborn | Father |
| Kade M. Osborn | U.S. | Kyle B. Osborn | Brother |
| Katlyn M. Osborn | U.S. | Kyle B. Osborn | Sister |
| Julia Ott | U.S. | Nicholas S. Ott | Sister |
| Nancy R. Wilson | U.S. | Cody J. Patterson | Mother |
| Robin Elizabeth Akers | U.S. | Joseph R. Perez | Daughter |
| Tracy Anne Herring | U.S. | Joseph R. Perez | Daughter |
| Adan Perez | U.S. | Joseph R. Perez | Son |
| Anthony Perez | U.S. | Joseph R. Perez | Son |
| Debra Ann Perez | U.S. | Joseph R. Perez | Widow |
| Nicholas Joseph Francis Perez | U.S. | Joseph R. Perez | Son |
| B.M., by and through his next friend, Darilyn Perez | U.S. | Ricardo J. PerezRamos | Step-son of SGT Ricardo J. PerezRamos; lived in the same household as SGT PerezRamos for a substantial period of time and considered SGT PerezRamos the functional equivalent of a biological father |
| Ricardo J. Perez-Ramos | U.S. | Ricardo J. PerezRamos | Injured by an IED attack. |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Darilyn Perez | U.S. | Ricardo J. PerezRamos | Wife |
| A.P., by and through her next friend, Darilyn Perez | U.S. | Ricardo J. PerezRamos | Daughter |
| S.P., by and through her next friend, Ricardo J. Perez-Ramos | U.S. | Ricardo J. PerezRamos | Daughter |
| A.T.P., by and through her next friend, Stewart Lamar Perry | U.S. | John William Perry | Sister |
| G.W.P., by and through his next friend, Julianne Good Perry | U.S. | John William Perry | Son |
| Julianne Good Perry | U.S. | John William Perry | Widow |
| Kathleen Perry | U.S. | John William Perry | Mother |
| L.R.P., by and through her next friend, Julianne Good Perry | U.S. | John William Perry | Daughter |
| Stewart Lamar Perry | U.S. | John William Perry | Father |
| Ashley Peters | U.S. | Joseph Michael Peters | Widow |
| Deborah Jean Peters | U.S. | Joseph Michael Peters | Mother |
| Dennis W. Peters | U.S. | Joseph Michael Peters | Father |
| G.R.P., by and through his next friend, Ashley Peters | U.S. | Joseph Michael Peters | Son |
| Christine H. Phillips | U.S. | Francis G. Phillips IV | Widow |
| S.N.P., by and through her next friend, Christine H. Phillips | U.S. | Francis G. Phillips IV | Daughter |
| Bethany Rose Wesley | U.S. | Trevor Adam Pinnick | Sister |
| John Terry Pittman Sr. | U.S. | Jesse Daryl Pittman | Father |
| Ida Belle Pittman | U.S. | Jesse Daryl Pittman | Mother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Aaron William Prescott | U.S. | Brandon Joseph Prescott | Brother |
| Jacob Richard Prescott | U.S. | Brandon Joseph Prescott | Brother |
| Joshua Michael Prescott | U.S. | Brandon Joseph Prescott | Brother |
| Tracey Marie Prescott | U.S. | Brandon Joseph Prescott | Mother |
| Judith L. Ashley | U.S. | Peter Louis Provost | Sister |
| Louise P. Conlon | U.S. | Peter Louis Provost | Sister |
| Meghan Janet Hollingsworth | U.S. | Peter Louis Provost | Daughter |
| MaryJane G. Medeiros | U.S. | Peter Louis Provost | Sister |
| Sarah Tiffany Peterson | U.S. | Peter Louis Provost | Daughter |
| Brian Provost | U.S. | Peter Louis Provost | Son |
| Gail Provost | U.S. | Peter Louis Provost | Widow |
| Gertrude Provost | U.S. | Peter Louis Provost | Mother |
| John A. Provost | U.S. | Peter Louis Provost | Brother |
| Louis Provost | U.S. | Peter Louis Provost | Father |
| Paul Provost | U.S. | Peter Louis Provost | Brother |
| Scott Peter Provost | U.S. | Peter Louis Provost | Brother |
| Spencer Dana Provost | U.S. | Peter Louis Provost | Son |
| Lona L. Bosley | U.S. | Christopher K. Raible | Sister |
| Andrea N. Ratzlaff | U.S. | Thomas A. Ratzlaff | Widow |
| Hannah Mason | U.S. | Jarrold M. Reeves Jr. | Daughter |
| Summer Reeves Dunn | U.S. | Jarrold M. Reeves Jr. | Daughter |
| Charlotte Ann Reeves | U.S. | Jarrold M. Reeves Jr. | Mother |
| Jennifer Katherine Reeves | U.S. | Jarrold M. Reeves Jr. | Daughter |
| Katrina M. Reeves | U.S. | Jarrold M. Reeves Jr. | Widow |
| Victoria Jane Reeves | U.S. | Jarrold M. Reeves Jr. | Sister |
| Joyce Ann Tulloch | U.S. | Jarrold M. Reeves Jr. | Sister |
| Mallory Taylor Williams | U.S. | Jarrold M. Reeves Jr. | Daughter |
| Scott Regelin | U.S. | Chad R. Regelin | Father |
| Shirene Regelin | U.S. | Chad R. Regelin | Mother |
| Cassie Marie Richardson | U.S. | Joseph A. Richardson | Sister |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Cynthia Jeffries Richmond | U.S. | Colby Lee Richmond | Mother |
| Michelle Riley | U.S. | Joseph William Riley | Mother |
| Rodney Riley | U.S. | Joseph William Riley | Father |
| Nathan Jeremy Rimpf | U.S. | Nathan Jeremy Rimpf | Injured by an IED attack. |
| Christopher Powers | U.S. | Michael E. Ristau | Step-brother of SGT Michael E. Ristau; lived in the same household as SGT Ristau for a substantial period of time and considered SGT Ristau the functional equivalent of a biological brother |
| H.R., by and through her next friend, Randy Ristau | U.S. | Michael E. Ristau | Sister |
| Randy Ristau | U.S. | Michael E. Ristau | Father |
| Suzanne Ristau | U.S. | Michael E. Ristau | Step-mother of SGT Michael E. Ristau; lived in the same household as SGT Ristau for a substantial period of time and considered SGT Ristau the functional equivalent of a biological son |
| Daniel Mark Robinson | U.S. | Heath M. Robinson | Father |
| Rodolfo Rodriguez Sr. | U.S. | Rodolfo Rodriguez Jr. | Father |
| D.R., by and through his next friend, Melissa Rodriguez | U.S. | Rodolfo Rodriguez Jr. | Son |
| K.R., by and through her next friend, Melissa Rodriguez | U.S. | Rodolfo Rodriguez Jr. | Daughter |
| Melissa Rodriguez | U.S. | Rodolfo Rodriguez Jr. | Widow |
| Rodzie Efren Rodriguez | U.S. | Rodolfo Rodriguez Jr. | Brother |
| Barbara A. Roland | U.S. | Matthew D. Roland | Mother |
| Erica M. Roland | U.S. | Matthew D. Roland | Sister |
| Mark K. Roland | U.S. | Matthew D. Roland | Father |
| Angel R. Roldan | U.S. | Angel Roldan Jr. | Son |
| Lieselotte R. Roldan | U.S. | Angel Roldan Jr. | Widow |
| Matthias P. Roldan | U.S. | Angel Roldan Jr. | Son |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Samantha G. Roldan | U.S. | Angel Roldan Jr. | Daughter |
| Christopher J. Rosebrock | U.S. | Christopher J. Rosebrock | Injured by a suicide bombing attack. |
| Alex Jason Rozanski | U.S. | Nicholas J. Rozanski | Brother |
| Joshua Anthony Sams | U.S. | Joshua Anthony Sams | Injured by an IED attack. |
| Colleen Whipple | U.S. | Rex L. Schad | Mother |
| A.L.S., by and through his next friend, Natalie Schmidt | U.S. | Jonathan P. Schmidt | Son |
| Brandon Tyler Schmidt | U.S. | Jonathan P. Schmidt | Brother |
| LeeAnn Schmidt | U.S. | Jonathan P. Schmidt | Mother |
| Natalie Schmidt | U.S. | Jonathan P. Schmidt | Widow |
| Phillip J. Schmidt | U.S. | Jonathan P. Schmidt | Father |
| Sheeshta Marie Perry | U.S. | Mark Henry Schoonhoven | Step-daughter of SSG Mark Henry Schoonhoven; lived in the same household as SSG Schoonhoven for a substantial period of time and considered SSG Schoonhoven the functional equivalent of a biological father |
| A.M.S., by and through her next friend, Tammie Sue Schoonhoven | U.S. | Mark Henry Schoonhoven | Daughter |
| A.R.S., by and through her next friend, Tammie Sue Schoonhoven | U.S. | Mark Henry Schoonhoven | Daughter |
| Christopher Scott Schoonhoven | U.S. | Mark Henry Schoonhoven | Brother |
| Deborah Fern Schoonhoven | U.S. | Mark Henry Schoonhoven | Mother |
| Tammie Sue Schoonhoven | U.S. | Mark Henry Schoonhoven | Widow |
| Sarah Melinda Schwallie | U.S. | Jacob M. Schwallie | Mother |
| Samuel Robert Shockley | U.S. | Samuel Robert Shockley | Injured by an IED attack. |
| Spenser J. Fernandez | U.S. | Forrest B. Sibley | Brother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Suzi L. Fernandez | U.S. | Forrest B. Sibley | Mother |
| Jordan L. Sibley | U.S. | Forrest B. Sibley | Sister |
| Lowell Brent Sibley, individually and on behalf of the Estate of Forrest B. Sibley | U.S. | Forrest B. Sibley | Father, Estate PR |
| G.S., by and through his next friend, Georganne M. Siercks | U.S. | Billy J. Siercks | Son |
| G.S., by and through his next friend, Georganne M. Siercks | U.S. | Billy J. Siercks | Son |
| Georganne M. Siercks | U.S. | Billy J. Siercks | Widow |
| Joan M. Smedinghoff | U.S. | Anne T. Smedinghoff | Sister |
| Mark T. Smedinghoff | U.S. | Anne T. Smedinghoff | Brother |
| Mary Beth Smedinghoff | U.S. | Anne T. Smedinghoff | Mother |
| Regina C. Smedinghoff | U.S. | Anne T. Smedinghoff | Sister |
| Thomas Smedinghoff | U.S. | Anne T. Smedinghoff | Father |
| Jan Marie Hurnblad Sparks | U.S. | Orion N. Sparks | Mother |
| Erik Sparks | U.S. | Orion N. Sparks | Brother |
| Garry Lee Sparks | U.S. | Orion N. Sparks | Father |
| Jane Sparks | U.S. | Orion N. Sparks | Step-mother of SSG Orion N. Sparks; lived in the same household as SSG Sparks for a substantial period of time and considered SSG Sparks the functional equivalent of a biological son |
| Zachary Douglas Sparks | U.S. | Orion N. Sparks | Brother |
| Lisa Martinusen | U.S. | Nicholas P. Spehar | Sister |
| Marie Sentina Mielke | U.S. | Nicholas P. Spehar | Sister |
| Annette Spehar | U.S. | Nicholas P. Spehar | Mother |
| Jacob Louis Spehar | U.S. | Nicholas P. Spehar | Brother |
| Luke Spehar | U.S. | Nicholas P. Spehar | Brother |
| Patrick Spehar | U.S. | Nicholas P. Spehar | Father |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|------|-------------|-----------|-------------|
| Mitchell L. Stambaugh | U.S. | Cameron J. Stambaugh | Father |
| Charles Wesley Strange III | U.S. | Michael J. Strange | Brother |
| C.E.S., by and through her next friend, Charles Wesley Strange | U.S. | Michael J. Strange | Sister |
| Charles Wesley Strange | U.S. | Michael J. Strange | Father |
| Katelyn Marie Strange | U.S. | Michael J. Strange | Sister |
| Garrett Layne Funk | U.S. | Joshua J. Strickland | Brother |
| Joshua Nicholas Sust | U.S. | Joshua Nicholas Sust | Injured by an IED attack. |
| Erin Nicole Goss | U.S. | Barry Sutton | Daughter |
| Trecia Brock Hood | U.S. | Barry Sutton | Sister |
| Wendy Shedd | U.S. | Barry Sutton | Sister |
| Freddie Dewey Sutton | U.S. | Barry Sutton | Brother |
| Harriet Sutton | U.S. | Barry Sutton | Mother |
| Summer Breanne Sutton | U.S. | Barry Sutton | Daughter |
| Diane Timoney | U.S. | Ryan Gregory Timoney | Mother |
| Gregory Timoney | U.S. | Ryan Gregory Timoney | Father |
| Ryan Gregory Timoney | U.S. | Ryan Gregory Timoney | Injured by a suicide bombing attack. |
| Frederick Allen Tolon | U.S. | Frederick Allen Tolon | Injured by a complex attack involving small arms fire and indirect fire. |
| Esta Smith | U.S. | Aaron C. Torian | Mother |
| Jimmy Smith | U.S. | Aaron C. Torian | Step-father of MSgt Aaron C. Torian; lived in the same household as MSgt Torian for a substantial period of time and considered MSgt Torian the functional equivalent of a biological son |
| Emily Torian | U.S. | Aaron C. Torian | Sister |
| Joe Torian | U.S. | Aaron C. Torian | Father |
| Nathan Ewell Torian | U.S. | Aaron C. Torian | Brother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Brittany Taylor Townsend | U.S. | Jon R. Townsend | Widow |
| Kevin Trimble | U.S. | Kevin Trimble | Injured by an IED attack. |
| Christopher Michael Van Etten | U.S. | Christopher Michael Van Etten | Injured by an IED attack. |
| Catherine Kimberly Vaughn Kryzda | U.S. | Aaron C. Vaughn | Widow |
| C.C.V., by and through her next friend, Catherine Kimberly Vaughn Kryzda | U.S. | Aaron C. Vaughn | Daughter |
| R.C.V., by and through his next friend, Catherine Kimberly Vaughn Kryzda | U.S. | Aaron C. Vaughn | Son |
| Robert Martin Kahokulani Vickers Jr. | U.S. | Kraig Michael Kaleolani Vickers | Brother |
| Robert Martin Kahokulani Vickers Sr. | U.S. | Kraig Michael Kaleolani Vickers | Father |
| Hortense Kainoa Wainani Vickers | U.S. | Kraig Michael Kaleolani Vickers | Widow |
| K.N.V., by and through his next friend, Hortense Kainoa Wainani Vickers | U.S. | Kraig Michael Kaleolani Vickers | Son |
| K.E.F.V., by and through her next friend, Hortense Kainoa Wainani Vickers | U.S. | Kraig Michael Kaleolani Vickers | Daughter |
| K.M.G.V., by and through her next friend, Hortense Kainoa Wainani Vickers | U.S. | Kraig Michael Kaleolani Vickers | Daughter |
| Mark Matthew Kaleinani Vickers | U.S. | Kraig Michael Kaleolani Vickers | Brother |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Mary Jane Vickers | U.S. | Kraig Michael Kaleolani Vickers | Mother |
| Vance Marshall Keliiolani Vickers | U.S. | Kraig Michael Kaleolani Vickers | Brother |
| Makahea Xhelili | U.S. | Kraig Michael Kaleolani Vickers | Adopted daughter of SCPO Kraig Michael Kaleolani Vickers; lived in the same household as SCPO Vickers for a substantial period of time and considered SCPO Vickers the functional equivalent of a biological father |
| Michelle Joy Kapunaheleokalani Yarborough | U.S. | Kraig Michael Kaleolani Vickers | Sister |
| Barry Welch | U.S. | Nickolas S. Welch | Father |
| Lorria Welch | U.S. | Nickolas S. Welch | Mother |
| Zackary Welch | U.S. | Nickolas S. Welch | Brother |
| Jeffrey L. White Sr. | U.S. | Jeffrey Lee White Jr. | Father |
| Kyle White | U.S. | Jeffrey Lee White Jr. | Brother |
| Michael White | U.S. | Jeffrey Lee White Jr. | Brother |
| Paula K. White | U.S. | Jeffrey Lee White Jr. | Mother |
| Michelle Carolina Rotelli | U.S. | James T. Wickliff Chacin | Sister |
| Martha Carolina Smith | U.S. | James T. Wickliff Chacin | Mother |
| Thomas Elmer Wickliff | U.S. | James T. Wickliff Chacin | Father |
| Brian Anthony Williams | U.S. | Brian Anthony Williams | Injured by an IED attack. |
| Clarence Williams Jr. | U.S. | Clarence Williams III | Father |
| Abrill Renee Williams | U.S. | Clarence Williams III | Sister |
| Samantha Shervon Williams | U.S. | Clarence Williams III | Sister |
| Talisa Shervon Williams | U.S. | Clarence Williams III | Mother |
| Mona G. Betzen | U.S. | Mark G. Worley | Mother |
| Cody Worley | U.S. | Mark G. Worley | Brother |
| Gregory W. Worley | U.S. | Mark G. Worley | Father |
| James Wayne Worley | U.S. | Mark G. Worley | Brother |
| Mark G. Worley | U.S. | Mark G. Worley | Injured by an IED attack. |

**Exhibit A to Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Wildman v. Deutsche Bank AG, et al.* (E.D.N.Y. Compl. Filed Aug. 5, 2021)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Baily Zimmerman | U.S. | Sonny C. Zimmerman | Sister |
| Chris Lee Zimmerman | U.S. | Sonny C. Zimmerman | Father |
| Michelle Zimmerman | U.S. | Sonny C. Zimmerman | Mother |
| Daniel Lee Brown | U.S. | Daniel Lee Brown | Injured by an IED attack. |
| Kristina Brown | U.S. | Daniel Lee Brown | Wife |
| Daniel Edward Stamper Jr. | U.S. | Daniel Edward Stamper, Jr. | Injured by an IED attack. |
| Cameron Jay Stuart | U.S. | Cameron Jay Stuart | Injured by an IED attack. |
| Katy Stuart | U.S. | Cameron Jay Stuart | Wife |
| Adriana Wakeling | U.S. | Seth Tanner Wakeling | Wife |
| Seth Wakeling | U.S. | Seth Tanner Wakeling | Injured by an IED attack. |