AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| August Wildman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-cv-4400 |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                    .

Date:     08/05/2021

_____
*Attorney's signature*

Eli J. Kay-Oliphant, NY Bar #4421541 (EK8030)
*Printed name and bar number*

Sparacino PLLC
1920 L Street, NW
Suite 535
Washington, DC 20036
*Address*

eli.kay-oliphant@sparacinopllc.com
*E-mail address*

(202) 629-3530
*Telephone number*

(202) 629-3658
*FAX number*