AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| August Wildman, et al. *Plaintiff(s)* v. DEUTSCHE BANK AKTIENGESELLSCHAFT, et al. *Defendant(s)* | Civil Action No. 21-cv-4400 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan R. Sparacino
 1920 L Street, NW
 Suite 535
 Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 08/10/2021

*Signature of Clerk or Deputy Clerk*

# RIDER TO SUMMONS

Deutsche Bank Aktiengesellschaft
Taunusanlage 12
60325 Frankfurt am Main
Germany

Deutsche Bank UK
Winchester House
1 Great Winchester Street
London
EC2N 2DB
United Kingdom

Deutsche Bank AG, Dubai Branch
Gate Village, Building 5, Level 6
Dubai International Financial Centre
Dubai 504902
United Arab Emirates

Deutsche Bank AG, New York Branch
60 Wall Street
New York, NY 10005
USA

Deutsche Bank Trust Company Americas
60 Wall Street
New York, NY 10005
USA

Standard Chartered Bank
1 Basinghall Avenue
London
EC2V 5DD
United Kingdom

Standard Chartered plc
1 Basinghall Avenue,
London
EC2V 5DD
United Kingdom

Standard Chartered Bank Limited
1095 Avenue of the Americas
New York, NY 10036
USA

Standard Chartered Bank (Pakistan) Limited
P.O. Box No. 5556
I.I Chundrigar Road
Karachi 74000
Pakistan

Standard Chartered Bank, Dubai Main Branch
Gate Precinct Building 1, Level 3, Unit 301
Dubai International Financial Centre
Dubai 999
United Arab Emirates

Danske Bank A/S
Holmens Kanal 2-12
1092 København K.
Denmark

Danske Markets Inc
280 Park Avenue
35th Floor
New York, NY 10017

Placid NK Corporation D/B/A Placid Express
7210 37th Ave, Unit C
Jackson Heights, NY 11372
USA

Wall Street Exchange LLC
Twin Towers, Baniyas Creek Road
Office No. 2201
Deira, Dubai
United Arab Emirates