UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>　　　　　　　　　Defendants. | 21 Civ. 4400 (KAM) (RML) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, BRIAN T. FRAWLEY, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Danske Bank A/S and Danske Markets Inc. in the above-captioned action.

Dated: September 16, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/s/ Brian T. Frawley
　　　　　　　　　　　　　　　　　　　　　Brian T. Frawley
　　　　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　frawleyb@sullcrom.com
　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 558-4000

       Facsimile:   (212) 558-3588

*Attorney for Defendants Danske Bank A/S and Danske Markets Inc.*