UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, et al.,<br><br>     Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>     Defendants. | **21 Civ. 4400 (KAM) (RML)** |

## RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Danske Bank A/S and Danske Markets Inc., by their undersigned counsel, state as follows:

    1.  Danske Bank A/S discloses that it has no parent corporation and that no publicly held corporation owns ten percent or more of Danske Bank A/S stock.

      2.      Danske Markets Inc. is a wholly-owned subsidiary of Danske Bank A/S.

Dated: September 16, 2021
       New York, New York

                                    */s/ Brian T. Frawley*
                                    Brian T. Frawley
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York 10004
                                    frawleyb@sullcrom.com
                                    Telephone:   (212) 558-4000
                                    Facsimile:    (212) 558-3588

                                    *Attorney for Defendants Danske Bank A/S and*
                                    *Danske Markets Inc.*