UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>                Defendants. | 21 Civ. 4400 (KAM) (RML) |

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, AMANDA SHAMI, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Danske Bank A/S and Danske Markets Inc. in the above-captioned action.

Dated:  September 16, 2021
         New York, New York

                                                       */s/ Amanda Shami*
                                                       Amanda Shami
                                                       SULLIVAN & CROMWELL LLP
                                                        125 Broad Street
                                                        New York, New York 10004
                                                        shamia@sullcrom.com
                                                        Telephone:  (212) 558-4000

Facsimile:   (212) 558-3588

*Attorney for Defendants Danske Bank A/S and Danske Markets Inc.*