UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC, <br><br> Defendants. | 21 Civ. 4400 (KAM) (RML) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, DAVID G. JANUSZEWSKI, of the law firm Cahill Gordon & Reindel LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas in the above-captioned action.

Dated: October 5, 2021
   New York, New York

/s/ David G. Januszewski
David G. Januszewski
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Email: djanuszewski@cahill.com
Telephone: 212-701-3000

*Attorney for Defendants Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas*