UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>                Defendants. | 21 Civ. 4400 (KAM) (RML) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas, by and through their undersigned counsel, state as follows:

Deutsche Bank Aktiengesellschaft is a publicly traded corporation. Deutsche Bank Aktiengesellschaft has no parent company, and no publicly held corporation owns 10 percent or more of the stock of Deutsche Bank Aktiengesellschaft.

Deutsche Bank Trust Company Americas is a privately-owned corporation. Its parent corporation is Deutsche Bank Trust Corporation, a wholly-owned subsidiary of DB USA Corporation, a holding company owned by Deutsche Bank Aktiengesellschaft. Of these parent

corporations, only Deutsche Bank Aktiengesellschaft is publicly held. No other publicly-held corporation owns more than 10 percent of the stock of Deutsche Bank Trust Company Americas.

Dated: October 5, 2021

/s/ David G. Januszewski

David G. Januszewski
Sheila C. Ramesh
Sesi V. Garimella
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
212-701-3000
djanuszewski@cahill.com
sramesh@cahill.com
sgarimella@cahill.com

*Attorneys for Defendants Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas*
