## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 5, 2021

By ECF

Honorable Kiyo A. Matsumoto
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re: *Wildman* v. *Deutsche Bank Aktiengesellschaft*, 21 Civ. 4400 (KAM) (RML)

Dear Judge Matsumoto:

  I write on behalf of defendants Danske Bank A/S and Danske Markets Inc. (together, "Danske Bank").  Plaintiffs, Danske Bank, and defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, and Placid NK Corporation d/b/a Placid Express (collectively, "Stipulating Defendants") have agreed to the enclosed Stipulation and [Proposed] Order Regarding Service and Preliminary Scheduling Matters.  This is the first request for an extension of time to respond to the Complaint.  The parties respectfully request that the Court so-order the Stipulation.

  We appreciate Your Honor's time and attention to this matter.

           Respectfully submitted,

            */s/ Brian T. Frawley*
           Brian T. Frawley

(Enclosure)

cc: All Counsel (by ECF and Email)