**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---

AUGUST WILDMAN, *et al.*,

                      Plaintiffs,

     v.

DEUTSCHE BANK AKTIENGESELLSCHAFT,
DEUTSCHE BANK UK, DEUTSCHE BANK
AG, DUBAI BRANCH, DEUTSCHE BANK
AG, NEW YORK BRANCH, DEUTSCHE
BANK TRUST COMPANY AMERICAS,
STANDARD CHARTERED BANK,
STANDARD CHARTERED PLC, STANDARD
CHARTERED BANK LIMITED, STANDARD
CHARTERED BANK (PAKISTAN) LIMITED,
STANDARD CHARTERED BANK, DUBAI
MAIN BRANCH, DANSKE BANK A/S,
DANSKE MARKETS INC., PLACID NK
CORPORATION d/b/a PLACID EXPRESS, and
WALL STREET EXCHANGE LLC,

                      Defendants.

Case No. 1:21-cv-4400 (KAM)
(RML)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Claire A. DeLelle, of the law firm White & Case LLP, and a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Placid NK Corporation d/b/a Placid Express ("Placid Express") in the above-captioned action.  This Notice of Appearance is without prejudice to any and all defenses that may be available to Placid Express, including defenses under Rule 12 of the Federal Rules of Civil Procedure.

Dated:  October 6, 2021
       Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Claire A. DeLelle*

Claire A. DeLelle
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:      + 1 202 626 6485
Facsimile:       + 1 202 639 9355
claire.delelle@whitecase.com

*Counsel for Defendant Placid Express*