**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST WILDMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC, <br><br> Defendants. | Case No. 1:21-cv-4400 (KAM) (RML) |

**DEFENDANT PLACID EXPRESS'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Placid NK Corporation d/b/a Placid Express ("Placid Express"), by and through its undersigned counsel, hereby certifies that Placid Express has no parent corporation and that no publicly held corporation has a 10 percent or greater ownership interest in Placid Express.

Placid Express has not yet responded to the Complaint in this matter. In filing this Statement, Placid Express respectfully reserves all defenses and objections to this lawsuit.

Dated: October 6, 2021
       Washington, DC

Respectfully submitted,

**WHITE & CASE**

/s/ *Claire A. DeLelle*
Claire A. DeLelle
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:   + 1 202 626 6485
Facsimile:   + 1 202 639 9355
claire.delelle@whitecase.com

*Counsel for Defendant Placid Express*