# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>                    Defendants. | Case No. 1:21-cv-4400 (KAM) (RML) |

## MOTION FOR ADMISSION OF MATTHEW S. LEDDICOTTE *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Matthew S. Leddicotte hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Placid NK Corporation d/b/a Placid Express ("Placid Express") in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission

by any court. I have attached the affidavit and certificate of good standing pursuant to Local Rule 1.3.

Dated: October 6, 2021
      Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Matthew S. Leddicotte*
Matthew S. Leddicotte
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     + 1 202 626 3600
Facsimile:      + 1 202 639 9355
mleddicotte@whitecase.com

*Counsel for Placid Express*