IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>Defendants. | Case No. 1:21-cv-4400 (KAM)<br>(RML) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF
<u>MATTHEW S. LEDDICOTTE *PRO HAC VICE*</u>**

I, Matthew S. Leddicotte, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *Pro Hac Vice* for Placid NK Corporation d/b/a Placid Express ("Placid Express").

I, Matthew S. Leddicotte, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from the bar of the District of Columbia is attached.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 6, 2021
Washington, DC

Respectfully submitted,

Matthew S. Leddicotte
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:  + 1 202 637 6246
Facsimile:  + 1 202 549 3440
mleddicotte@whitecase.com

*Counsel for Defendant Placid Express*

Sworn to and subscribed before me this 6th day of October 2021.

NOTARY PUBLIC
District of Columbia

CLARICE ANN WESLEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 14, 2025