IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK UK, DEUTSCHE BANK AG, DUBAI BRANCH, DEUTSCHE BANK AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, STANDARD CHARTERED BANK, DUBAI MAIN BRANCH, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>      Defendants. | Case No. 1:21-cv-4400 (KAM) (RML) |

## **[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION**

The Motion of Michael Mahaffey for admission to practice *Pro Hac Vice* before this Court in the above-captioned case is GRANTED. Michael Mahaffey has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

 Michael Mahaffey
 White & Case LLP
 701 Thirteenth Street, NW
 Washington, DC  20005
 Telephone: + 1 202 729 2488
 Facsimile: + 1 202 639 9355
 michael.mahaffey@whitecase.com

Michael Mahaffey having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Placid NK Corporation d/b/a Placid Express ("Placid Express"), in the above-captioned action;

IT IS HEREBY ORDERED that Michael Mahaffey is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

SO ORDERED.

Date: _____
 Brooklyn, New York

_____
The Honorable Kiyo A. Matsumoto
United States District Judge