UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　-v.-<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,<br><br>　　　　　Defendants. | No. 1:21-CV-04400 (KAM) (RML) |

## NOTICE OF APPEARANCE

　　　　　PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, ANDREW J. FINN, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited in the above-captioned action.

Dated:　　New York, New York
　　　　　October 7, 2021

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew J. Finn*
　　　　　　　　　　　　　　　　　　　　　　Andrew J. Finn (finna@sullcrom.com)
　　　　　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 558-4000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 558-3588
　　　　　　　　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Standard Chartered Bank,*
　　　　　　　　　　　　　　　　　　　　　　*Standard Chartered PLC, and Standard*
　　　　　　　　　　　　　　　　　　　　　　*Chartered Bank (Pakistan) Limited*