**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　-v.-<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,<br><br>　　　　　Defendants. | No. 1:21-CV-04400 (KAM) (RML) |

## RULE 7.1 DISCLOSURE STATEMENT

　　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Standard Chartered Bank (Pakistan) Limited, Standard Chartered Bank, and Standard Chartered PLC, by and through their undersigned counsel, disclose that Standard Chartered Bank (Pakistan) Limited is a subsidiary of Standard Chartered Bank and Standard Chartered Bank is a subsidiary of Standard Chartered Holdings Limited, which, in turn, operates as a subsidiary of Standard Chartered PLC, a publicly held company.  No publicly held corporation owns 10% or more of Standard Chartered PLC's shares.

Dated:　　　New York, New York
　　　　　　October 7, 2021

Respectfully submitted,

*/s/ Andrew J. Finn*
Andrew J. Finn (finna@sullcrom.com)
Bradley P. Smith  (smithbr@sullcrom.com)
SULLIVAN & CROMWELL LLP
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
125 Broad Street
New York, NY 10004

*Attorneys for Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited*