**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AUGUST WILDMAN, *et al.*,

        Plaintiffs,

-v.-

DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,

        Defendants.

No. 1:21-CV-04400 (KAM) (RML)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, BRADLEY P. SMITH, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited in the above-captioned action.

Dated:    New York, New York
            October 7, 2021

                                          Respectfully submitted,

                                          */s/ Bradley P. Smith*
                                          Bradley P. Smith  (smithbr@sullcrom.com)
                                          SULLIVAN & CROMWELL LLP
                                          Telephone: (212) 558-4000
                                          Facsimile:  (212) 558-3588
                                          125 Broad Street
                                          New York, NY 10004

                                          *Attorney for Standard Chartered Bank,*
                                          *Standard Chartered PLC, and Standard*
                                          *Chartered Bank (Pakistan) Limited*