AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| AUGUST WILDMAN, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-4400 (KAM) (RML) |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLACID NK CORPORATION d/b/a PLACID EXPRESS    .

Date:  10/07/2021

/s/ Michael Mahaffey
*Attorney's signature*

Michael Mahaffey 1617843
*Printed name and bar number*

701 Thirteenth Street, NW
Washington, DC 20005-3807

*Address*

michael.mahaffey@whitecase.com
*E-mail address*

(202) 729-2488
*Telephone number*

(202) 639-9355
*FAX number*