AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| August Wildman, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-04400 |
| Deutsche Bank Atiengesellschaft, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS .

Date: 10/29/2021

*Attorney's signature*

Ryan R. Sparacino (DC 493700)
*Printed name and bar number*
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036

*Address*

ryan.sparacino@sparacinopllc.com
*E-mail address*

(202) 629-3530
*Telephone number*

(202) 629-3658
*FAX number*