UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

AUGUST WILDMAN, et al.

                      Plaintiffs                       Case No. 21-cv-4400

     vs.

DEUTSCHE BANK AKTIENGESELLSCHAFT,            NOTICE OF MOTION
et al.                                           TO ADMIT COUNSEL
                                                       PRO HAC VICE

                      Defendants.

-------------------------------------------------------------------X

TO:    Counsel of Record, via ECF

       PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this

motion and the Certificate of Good Standing annexed thereto, RYAN R. SPARACINO will move

this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York for an order allowing the admission of

movant, a member of the firm of Sparacino PLLC and a member in good standing of the bar of

the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part

as counsel for Plaintiffs.  There are no pending disciplinary proceedings against me in any

state or federal court.

                                  Respectfully submitted,

                                                      PHYSICALLY PRESENT

Dated: November 2, 2021

                                Ryan R. Sparacino
                                SPARACINO PLLC
                                1720 L Street NW
DEBORAH DODA                    Suite 535
                                Washington, DC  20036
                                Email: ryan.sparacino@sparacinopllc.com
                                Phone: (202) 629-3530



DEBORAH DODA
Notary Public
State of Florida
Comm# GG354771
Expires 7/15/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------

AUGUST WILDMAN, et al.

                  Plaintiff(s),

    v.

DEUTSCHE BANK AKTIENGESEL

                  Defendant(s).

------------------------------------------------------------

21-cv-4400

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Ryan R. Sparacino _____, being duly sworn, hereby depose and say as follows:

1.    I am a(n) Partner ▼ with the law firm of SPARACINO PLLC .

2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.    As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Washington, D.C. _____.

4.    There are no pending disciplinary proceedings against me in any state or federal court

5.    I Have not ▼ been convicted of a felony. If you have, please describe facts and circumstances.

6.    I Have not ▼ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.    Attorney Registration Number(s) if applicable: 493700

8.    Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-cv-4400 for _____.

Date 11/2/2021

_____

Deborah Doda

**NOTARIZED**

DEBORAH DODA
Notary Public
State of Florida
Comm# GG354771
Expires 7/15/2023

PHYSICALLY PRESENT

_____

Signature of Movant
Firm Name Sparacino PLLC
Address 1920 L Street NW, Suite 535
Washington, DC 20036

Email ryan.sparacino@sparacinopllc.com
Phone (202) 629-3530



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Ryan R Sparacino*

was duly qualified and admitted on August 8, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 14, 2021.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.