# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 25, 2022

By ECF

Honorable Kiyo A. Matsumoto
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Wildman* v. *Deutsche Bank Aktiengesellschaft, et al.*,
             No. 21 Civ. 4400 (E.D.N.Y.) (KAM) (RML)

Dear Judge Matsumoto:

        We represent defendants Danske Bank A/S and Danske Markets Inc. in the above-captioned matter, and we write on behalf of our clients and all other defendants that have appeared in this matter (Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, and Placid NK Corporation d/b/a Placid Express) (collectively, "Defendants") in response to the Court's February 24, 2022 Order directing defendants to advise the Court as to their consent to the changes in plaintiffs' proposed corrected Amended Complaint.

        Defendants do not believe that the changes proposed by plaintiffs are pertinent to this matter, and Defendants confirm their consent to all changes contained in plaintiffs' proposed corrected Amended Compliant (ECF No. 36-1). Provided that the corrected Amended Complaint is filed by March 2, 2022, Defendants will respond to that complaint by March 18, 2022 in accordance with the schedule set by this Court in December.

        Respectfully submitted,

        Brian T. Frawley

cc:    All Counsel of Record (by ECF)