||||| 548097 |||||

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK

**Plaintiff**
AUGUST WILDMAN, ET AL

vs

**Defendant**
DEUTSCHE BANK AKTIENGESELLSCHAFT, ET AL

DOCKET NO. 21-CV-4400

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** WALL STREET EXCHANGE LLC

**Address:**
TWIN TOWERS,BANIYAS CREEK
OFFICE NO. 2201
DEIRA, DUBAI, UNITED ARAB EMIRATES

**Attorney:**
RYAN R. SPARACINO
1920 L STREET, NW SUITE 535
WASHINGTON DC 20036

**Papers Served:**
OTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; SUMMONS & COMPLAINT FOR VIOLATION OF THE ANTI-TERRORISM ACT

**Service Data:**

Served Successfully ✓     Not Served _____     Date: September 28,2021 Time: 1:20 pm     Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household
member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

**Name of Person Served and relationship/title**

Shajahan (Last name refused)

Authorized Agent

**Description of Person Accepting Service:**

| Age: | Height: | Weight: | Hair: | Sex: | Race: |
|------|---------|---------|-------|------|-------|
| 36 | 5'5" | 154 lbs | Black | M | Indian |

**Non-Served:**

(  ) Defendant is unknown at the address furnished by the attorney
(  ) All reasonable inquiries suggest defendant moved to an undetermined address
(  ) No such street in municipality
(  ) No response on: _____ Date _____ Time
_____ Date _____ Time
_____ Date _____ Time
(  ) Other: _____ Comments or Remarks _____

Subscribed and Sworn to me this
8th _____ day of April 2022 _____

Hassan Ali Mater Al Reyam

**Notary Signature**

I, **Bilal Tahir Malik** , was
at time of service a competent adult not having a
direct interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

April 8, 2022

**Signature of Process Server**     **Date**

**Work Order No.** 548097

**File No.** 21-CV-4400

The signature appearing in this document is true and correct signature of Mr. Bilal Tahir Malik as appearing in the presented ID.
Hassan Al Reyami Advocates and Legal Consultants hold no responsibility whatsoever in respect of the content of this document and any pre-required approval should be taken from the relevant authorities.

Hassan Ali Mater Al Reyami
*Lawyer*
Hassan Al Reyami Advocates and Legal Consultants
Suite 2408, Al Shafar Tower 1, TECOM, Dubai, UAE
T: +971 4 453 4188; E: legal@alriyamiadvocates.com
Date: 08- April-2022

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| August Wildman, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  21-cv-4400 |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  See rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan R. Sparacino
1920 L Street, NW
Suite 535
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
_CLERK OF COURT_

Date:  8/12/2021

s/Jennifer Tavarez

_Signature of Clerk or Deputy Clerk_

# RIDER TO SUMMONS

Deutsche Bank Aktiengesellschaft
Taunusanlage 12
60325 Frankfurt am Main
Germany

Deutsche Bank UK
Winchester House
1 Great Winchester Street
London
EC2N 2DB
United Kingdom

Deutsche Bank AG, Dubai Branch
Gate Village, Building 5, Level 6
Dubai International Financial Centre
Dubai 504902
United Arab Emirates

Deutsche Bank AG, New York Branch
60 Wall Street
New York, NY 10005
USA

Deutsche Bank Trust Company Americas
60 Wall Street
New York, NY 10005
USA

Standard Chartered Bank
1 Basinghall Avenue
London
EC2V 5DD
United Kingdom

Standard Chartered plc
1 Basinghall Avenue,
London
EC2V 5DD
United Kingdom

Standard Chartered Bank Limited
1095 Avenue of the Americas
New York, NY 10036
USA

Standard Chartered Bank (Pakistan) Limited
P.O. Box No. 5556
I.I Chundrigar Road
Karachi 74000
Pakistan

Standard Chartered Bank, Dubai Main Branch
Gate Precinct Building 1, Level 3, Unit 301
Dubai International Financial Centre
Dubai 999
United Arab Emirates

Danske Bank A/S
Holmens Kanal 2-12
1092 København K.
Denmark

Danske Markets Inc
280 Park Avenue
35th Floor
New York, NY 10017

Placid NK Corporation D/B/A Placid Express
7210 37th Ave, Unit C
Jackson Heights, NY 11372
USA

Wall Street Exchange LLC
Twin Towers, Baniyas Creek Road
Office No. 2201
Deira, Dubai
United Arab Emirates