AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| August Wildman, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21:cv-04400-KAM-RML |
| Deutsche Bank Aktiengesellschaft, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs.

Date: 05/13/2022

s/Tejinder Singh
*Attorney's signature*

Tejinder Singh (TS0613)
*Printed name and bar number*

Sparacino PLLC
1920 L Street, NW
Suite 835
Washington, DC 20036
*Address*

tejinder.singh@sparacinopllc.com
*E-mail address*

(202) 629-3530
*Telephone number*

(202) 629-3658
*FAX number*