# Exhibit 1

<u>Wildman</u> v. <u>Deutsche Bank</u>, 21 Civ. 4400 (KAM) (E.D.N.Y.)
List of Alleged Terrorists Attacks Identified in the Amended Complaint
(Am. Compl. ¶¶ 1101-2024)

| No. | Date | Description | Organization |
|---|---|---|---|
| **2011** | | | |
| 1. | 08/06/2011 | Attack on a helicopter in Wardak Province | Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell |
| 2. | 08/07/2011 | IED attack in Uruzgan Province | Taliban |
| 3. | 08/10/2011 | IED attack in Helmand Province | Taliban |
| 4. | 08/25/2011 | IED attack in Helmand Province | Taliban |
| 5. | 08/25/2011 | IED attack in Kandahar Province | Taliban |
| 6. | 08/28/2011 | IED attack in Kandahar Province | Taliban |
| 7. | 09/13/2011 | IED attack in Helmand Province | Taliban |
| 8. | 09/14/2011 | IED attack in Kandahar Province | Taliban |
| 9. | 09/15/2011 | IED attack in Helmand Province | Taliban |
| 10. | 09/18/2011 | IED attack in Kandahar Province | Taliban |
| 11. | 09/23/2011 | IED attack in Helmand Province | Taliban |
| 12. | 09/25/2011 | Insider attack in Kabul Province | Taliban (including its Haqqani Network), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 13. | 09/25/2011 | IED attack in Laghman Province | Taliban, al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 14. | 09/26/2011 | IED attack in Helmand Province | Taliban |
| 15. | 09/27/2011 | Indirect fire attack in Logar Province | Haqqani Network (a part of the Taliban) |
| 16. | 10/10/2011 | Complex attack involving small arms fire and indirect fire in Kandahar Province | Taliban |
| 17. | 10/13/2011 | IED attack in Helmand Province | Taliban |

| No. | Date | Description | Organization |
|---|---|---|---|
| 18. | 10/14/2011 | IED attack in Khost Province | Haqqani Network (a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 19. | 10/22/2011 | IED attack in Kandahar Province | Taliban |
| 20. | 10/27/2011 | IED attack in Helmand Province | Taliban |
| 21. | 10/29/2011 | Suicide bombing attack in Kabul Province | Taliban (including its Haqqani Network), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 22. | 11/12/2011 | IED attack in Helmand Province | Taliban |
| 23. | 11/15/2011 | IED attack in Kandahar Province | Taliban |
| 24. | 11/15/2011 | IED attack in Helmand Province | Taliban |
| 25. | 11/20/2011 | IED attack in Kandahar Province | Taliban |
| 26. | 11/30/2011 | IED attack in Helmand Province | Taliban |
| 27. | 12/13/2011 | IED attack in Kandahar Province | Taliban |
| | | **2012** | |
| 28. | 01/02/2012 | IED attack in Helmand Province | Taliban |
| 29. | 01/06/2012 | IED attack in Kandahar Province | Taliban |
| 30. | 01/12/2012 | IED attack in Helmand Province | Taliban |
| 31. | 02/07/2012 | IED attack in Kandahar Province | Taliban |
| 32. | 02/23/2012 | Insider attack in Nangarhar Province | Taliban, al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 33. | 03/03/2012 | IED attack in Kandahar Province | Taliban |
| 34. | 03/09/2012 | Grenade launcher attack in Helmand Province | Taliban |
| 35. | 03/27/2012 | IED attack in Helmand Province | Taliban |

| No. | Date | Description | Organization |
|---|---|---|---|
| 36. | 04/03/2012 | IED attack in Khost Province | Haqqani Network (a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 37. | 04/03/2012 | IED attack in Kunar Province | Taliban, al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 38. | 04/04/2012 | Suicide bombing attack in Faryab Province | al-Qaeda (a designated FTO at the time of the attack) and the Taliban acting together in a joint al-Qaeda-Taliban cell with al-Qaeda providing, indoctrinating, and training the suicide bomber |
| 39. | 04/22/2012 | IED attack in Ghazni Province | Taliban (including its Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack), acting together as a joint cell led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 40. | 04/25/2012 | IED attack in Helmand Province | Taliban |
| 41. | 04/26/2012 | IED attack in Kandahar Province | Taliban |
| 42. | 05/06/2012 | IED attack in Paktia Province | Haqqani Network (a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 43. | 05/07/2012 | IED attack in Ghazni Province | Taliban (including its Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack), acting together as a joint cell led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 44. | 05/13/2012 | IED attack in Khost Province | Haqqani Network (a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 45. | 05/18/2012 | Indirect fire attack in Kunar Province | Taliban, al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 46. | 05/20/2012 | Complex attack involving two IEDs followed by small arms fire and rocket propelled grenades in Kandahar Province | Taliban |

| No. | Date | Description | Organization |
|---|---|---|---|
| 47. | 05/20/2012 | Suicide bombing attack in Uruzgan Province | Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell with al-Qaeda providing and training the suicide bomber |
| 48. | 05/23/2012 | IED attack in Kandahar Province | Taliban |
| 49. | 05/30/2012 | IED attack in Kandahar Province | Taliban |
| 50. | 05/31/2012 | IED attack in Helmand Province | Taliban |
| 51. | 06/01/2012 | Complex attack involving a suicide truck bomb, small arms fire, and rocket propelled and fragmentation grenades in Khost Province | Haqqani Network (a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 52. | 06/09/2012 | IED attack in Kandahar Province | Taliban |
| 53. | 06/12/2012 | IED attack in Helmand Province | Taliban |
| 54. | 06/12/2012 | IED attack in Kandahar Province | Taliban |
| 55. | 06/13/2012 | IED attack in Helmand Province | Taliban |
| 56. | 06/20/2012 | IED attack in Helmand Province | Taliban |
| 57. | 06/22/2012 | Sniper attack in Helmand Province | Taliban |
| 58. | 07/08/2012 | IED attack in Wardak Province | Haqqani Network (a part of the Taliban) |
| 59. | 07/08/2012 | IED attack in Ghazni Province | Taliban (including its Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack), acting together as a joint cell led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 60. | 07/13/2012 | IED attack in Zabul Province | Haqqani Network (a part of the Taliban) |
| 61. | 07/19/2012 | IED attack in Helmand Province | Taliban |
| 62. | 07/22/2012 | IED attack in Logar Province | Haqqani Network (a part of the Taliban) |
| 63. | 07/22/2012 | Insider attack in Herat Province | Taliban |
| 64. | 08/01/2012 | IED attack in Paktika Province | Haqqani Network (a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 65. | 08/01/2012 | IED attack in Helmand Province | Taliban |

| No. | Date | Description | Organization |
|---|---|---|---|
| 66. | 08/07/2012 | Insider attack in Paktia Province | Haqqani Network (a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 67. | 08/08/2012 | Suicide bombing attack in Kunar Province | Taliban, al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 68. | 08/11/2012 | IED attack in Helmand Province | Taliban |
| 69. | 08/16/2012 | Attack on a helicopter in Kandahar Province | Taliban |
| 70. | 09/01/2012 | Complex attack involving small arms fire and grenades in Ghazni Province | Taliban (including its Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack), acting together as a joint cell led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 71. | 09/13/2012 | Rocket propelled grenade attack in Ghazni Province | Taliban (including its Haqqani Network), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 72. | 09/15/2012 | Complex attack involving small arms fire and rocket propelled grenades in Helmand Province | Taliban |
| 73. | 09/16/2012 | Insider attack in Zabul Province | Haqqani Network (a part of the Taliban) |
| 74. | 09/17/2012 | IED attack in Kandahar Province | Taliban |
| 75. | 09/26/2012 | Suicide bombing attack in Logar Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 76. | 09/30/2012 | IED attack in Kandahar Province | Taliban |
| 77. | 10/01/2012 | Suicide bombing attack by an individual wearing an Afghan police uniform in Khost Province | Haqqani Network (a designated FTO at the time of the attack and a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |

| No. | Date | Description | Organization |
|---|---|---|---|
| 78. | 10/13/2012 | IED attack in Zabul Province | Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) |
| 79. | 10/22/2012 | IED attack in Kandahar Province | Taliban |
| 80. | 11/03/2012 | IED attack in Paktia Province | Haqqani Network (a designated FTO at the time of the attack and a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 81. | 11/16/2012 | Complex attack involving an IED and small arms fire in Paktika Province | Haqqani Network (a designated FTO at the time of the attack and a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 82. | 11/18/2012 | IED attack in Helmand Province | Taliban |
| 83. | 12/15/2012 | IED attack in Kabul Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| | | **2013** | |
| 84. | 02/22/2013 | IED attack in Helmand Province | Taliban |
| 85. | 03/11/2013 | Insider attack in Wardak Province | Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) |
| 86. | 03/17/2013 | IED attack in Kandahar Province | Taliban |
| 87. | 04/06/2013 | Suicide bombing attack in Zabul Province | Taliban (including the Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell in the Kabul Attack Network |
| 88. | 05/04/2013 | IED attack in Kandahar Province | Taliban |
| 89. | 05/14/2013 | IED attack in Kandahar Province | Taliban |

| No. | Date | Description | Organization |
|---|---|---|---|
| 90. | 05/16/2013 | Suicide bombing attack in Kabul Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 91. | 06/02/2013 | IED attack in Helmand Province | Taliban |
| 92. | 06/18/2013 | Rocket attack in Parwan Province | Taliban |
| 93. | 06/23/2013 | IED attack in Paktika Province | Haqqani Network (a designated FTO at the time of the attack and a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 94. | 07/15/2013 | Attack involving a recoilless rifle in Paktia Province | Haqqani Network (a designated FTO at the time of the attack and a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 95. | 07/23/2013 | IED attack in Wardak Province | Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) |
| 96. | 07/30/2013 | Indirect fire attack in Logar Province | Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) |
| 97. | 08/12/2013 | IED attack in Logar Province | Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) |
| 98. | 09/21/2013 | Insider attack in Paktia Province | Haqqani Network (a designated FTO at the time of the attack and a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 99. | 09/26/2013 | Insider attack in Paktia Province | Haqqani Network (a designated FTO at the time of the attack and a part of the Taliban), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 100. | 09/26/2013 | IED attack in Wardak Province | Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) |
| 101. | 10/06/2013 | IED attack in Kandahar Province | Taliban |

| No. | Date | Description | Organization |
|---|---|---|---|
| **2014** | | | |
| 102. | 01/17/2014 | Complex attack involving a suicide bomber and gunmen in Kabul Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 103. | 02/10/2014 | IED attack in Kabul Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 104. | 02/15/2014 | IED attack in Helmand Province | Taliban |
| 105. | 08/12/2014 | IED attack in Kandahar Province | Taliban |
| 106. | 08/24/2014 | Suicide bombing IED attack in Nangarhar Province | Taliban, al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together in a joint cell |
| 107. | 11/24/2014 | Vehicle-borne IED attack in Kabul Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 108. | 12/12/2014 | IED attack in Parwan Province | Taliban |
| **2015** | | | |
| 109. | 01/29/2015 | Insider attack in Kabul Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |

| No. | Date | Description | Organization |
|---|---|---|---|
| 110. | 08/22/2015 | Suicide bombing attack in Kabul Province | Taliban (including its Haqqani Network, a designated FTO at the time of the attack), al-Qaeda (a designated FTO at the time of the attack), and Lashkar-e-Taiba (a designated FTO at the time of the attack) acting together as a joint cell, led by dual-hatted al-Qaeda/Taliban terrorist Ahmed Jan Wazir, in the Kabul Attack Network |
| 111. | 08/26/2015 | Insider attack in Helmand Province | Taliban |
| 112. | 12/21/2015 | Suicide bombing attack in Parwan Province | Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell with al-Qaeda providing and training the suicide bomber |
| | | 2016 | |
| 113. | 01/05/2016 | Complex attack involving small arms fire in Helmand Province | Taliban |
| 114. | 08/07/2016 | Kidnapped at gunpoint outside the front gates of American University of Afghanistan | Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) |
| 115. | 11/12/2016 | Suicide bombing attack in Parwan Province | Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell with al-Qaeda providing and training the suicide bomber |