# Exhibit 3

Case 1:21-cv-04400-HG-RML   Document 45-3   Filed 06/01/23   Page 2 of 4 PageID #: 4170

Stampa | Stampa senza immagine | Chiudi

L'INCHIESTA

# La grande truffa dell'Iva in Italia per finanziare i gruppi islamici

La Procura di Milano: 1.150 milioni di Iva rubati al Fisco. Gli 007: sono finiti ai fondamentalisti islamici per la jihad

Luigi Ferrarella e Giuseppe Guastella



Cercavano Osama Bin Laden, trovarono solo un pugno di fatture. Ma per le forze alleate il blitz in un covo dei talebani al confine tra Afghanistan e Pakistan nel 2010 si è rivelato una miniera di informazioni che attraverso Europa, Medioriente e Hong Kong hanno portato sulle tracce di una colossale frode fiscale sui certificati ambientali servita a finanziare anche il terrorismo islamico. Le stesse orme seguite dalla Procura di Milano in un'indagine che, innescata dalla denuncia di una commercialista terrorizzata, con l'incriminazione di 38 indagati e il sequestro di 80 milioni di euro colpisce ora un'associazione criminale anglo-pakistana e una franco-israeliana che dal 2009 al 2012 hanno rubato all'Italia più di un miliardo di euro di Iva.

**I documenti scoperti nel rifugio,** non lontano dall'area dove il 2 maggio 2011 i Navy Seals americani hanno ucciso Bin Laden, conducevano ad Imran Yakub Ahmed, un pachistano di 40 anni con passaporto inglese residente a Preston (Gran Bretagna), amministratore della milanese "Sf Energy Trading spa", sulla quale stavano indagando i pm Carlo Nocerino e Adriano Scudieri nel pool guidato dall'aggiunto Francesco Greco. I pm e la Guardia di Finanza si erano mossi dopo che a presentarsi in Procura era stata una commercialista di Milano spaventata dalla

facilità con la quale guadagnava soldi a palate lavorando per alcune società intestate a prestanome cinesi e italiani, cartiere che facevano girare milioni di euro vendendo e acquistando migliaia di carbon credit .

**Con l'accordo di Kyoto sulla riduzione delle emissioni** di anidride carbonica, infatti, ad ogni Stato è assegnata una quota massima di produzione di $CO_2$. Le aziende che producono meno gas-serra del tetto assegnato possono vendere il rimanente della quota alle imprese meno virtuose emettendo appunto carbon credit , certificati ambientali che possono essere negoziati bilateralmente o in un mercato telematico, scambi sotto la supervisione di autorità pubbliche nazionali quali in Italia il «Gestore dei Mercati Energetici», una spa che fa capo al Ministero dell'Economia.

**Le due organizzazioni criminali operavano** sia singolarmente che insieme. Acquistavano i certificati in Gran Bretagna, Francia, Olanda e Germania attraverso società fittizie con sede in Italia, vere e proprie «cartiere» che producevano solo fatture e che erano intestate o a prestanome quasi sempre cinesi o a persone estranee ma vittime di furti d'identità. Dopo aver acquistato senza pagare l'Iva, esclusa in questo tipo di transazioni intracomunitarie, le «cartiere» aggiungevano l'Iva al 20 per cento e vendevano i certificati ad altre società, anche queste fittizie, che facevano da intermediari con gli ignari acquirenti finali. Una volta incassata l'Iva, invece di versarla allo Stato italiano la «cartiera» chiudeva i battenti e spariva nel nulla, mentre i soldi, milioni e milioni di euro, venivano dirottati su conti correnti a Cipro e Hong Kong per finire a Dubai, negli Emirati Arabi Uniti. Lì le rogatorie avviate dai pm milanesi a caccia di Imran Yakum Ahmed sono cadute nel nulla, mentre i soldi sottratti all'Erario italiano sono stati riciclati in diamanti ed investimenti immobiliari. C'è stato anche qualcuno che non ha resistito e ha comprato due orologi da 50mila euro ciascuno in una prestigiosa gioielleria di Roma.

**Ma l'aspetto più inquietante che emerge** dalle carte dell'indagine milanese è che dietro le «imponenti operazioni di riciclaggio» legate alla frode fiscale potrebbe celarsi un canale di «finanziamento al terrorismo internazionale» di matrice islamica. A lanciare l'allarme sono stati i servizi segreti americani e inglesi che hanno esaminato la documentazione trovata tra le montagne tra Pakistan e Afghanistan e hanno segnalato tutto alla «Hm Revenue & Custom di Londra», una sorta di GdF inglese, il cui ufficio stampa, contattato dal Corriere della Sera , non ha fornito ulteriori dettagli perché non può «discutere di singoli casi per ragioni legali». Peraltro i pm milanesi non hanno prove dirette su questo profilo, né possono utilizzare le carte dell'intelligence . Questo meccanismo criminale è stato replicato per anni in

centinaia di transazioni facendo impazzire le polizie di tutta Europa, fino a quando le due organizzazioni hanno trasferito gli affari in Italia dopo che altri Paesi dell'Ue erano corsi ai ripari con norme che avevano di fatto rotto il giocattolo. Un ginepraio in cui si sono mossi anche gli investigatori della «Bundeskriminalamt» tedesca, della «Service National de Douane Judiciare» francese, ma anche di Belgio e Liechtenstein, tutti coordinati da Europol e Eurojust. La conclusione è che i mercati energetici europei sono «fortemente manipolati e comunque viziati da un numero impressionate di transazioni commerciali effettuate al precipuo scopo di realizzare rilevanti frodi agli Erari». La preoccupazione è alta, tanto che le indagini sono state estese a livello internazionale acquisendo i dati in possesso del «Citl», l'ente di Bruxelles che monitora a livello europeo gli scambi dei permessi di emissione di $CO_2$.

**Le indagini della Procura milanese**, chiuse in questi giorni in vista della richiesta di processo, solo per il primo filone hanno scoperto una frode da 660 milioni, di cui 80 sequestrati. Trentotto gli indagati di cui 11 ricercati, e un centinaio le perquisizioni eseguite in società e abitazioni. Un'inchiesta parallela, ancora in corso, sta già disvelando un'altra frode del tutto analoga che ha sottratto ai contribuenti italiani altri 450 milioni.

24 settembre 2014 | 07:06
© RIPRODUZIONE RISERVATA