# Exhibit 4

Süddeutsche Zeitung

Finanzskandal

# Dänische Waschmaschine

23. September 2020, 18:59 Uhr   |   Lesezeit: 6 min

**Der Fall Danske gilt als größter Geldwäscheskandal der europäischen Geschichte. Auch die Deutsche Bank ist darin verstrickt.**

*Von Frederik Obermaier, Mauritius Much, Hannes Munzinger und Meike Schreiber*

Howard Wilkinsons Einsatz war klein, sogar sehr klein. Exakt ein Pfund Sterling investierte er in einen Stapel Dokumente, die ihm zeigten, dass etwas faul war in Dänemarks wichtigster Bank, der Danske Bank. Die Papiere sollten den größten Bankenskandal der jüngeren Geschichte auslösen.

Passiert ist das vor acht Jahren, der zurückhaltende Brite ist damals 41 Jahre alt, Banker und angekommen im mittleren Management der mittelgroßen Danske Bank. Wilkinson verantwortet die Finanzmarkttransaktionen in den baltischen Staaten und arbeitet in Tallinn, Estland. Er trägt eine eckige Brille, die angegrauten Haare sind bereits auf dem Rückzug - auf den ersten Blick ist da nichts Heldenhaftes an dem Mann, der den Stein ins Rollen bringt. Aber sein Tun wird am Ende nicht nur dazu führen, dass er seinen Job aufgeben wird. Der Chef seiner Bank wird zurücktreten, ein ganzer Geschäftszweig aufgelöst werden und ein Manager tot im Garten liegen.

Allerdings kommt der Skandal der Danske Bank erst 2018 an die Öffentlichkeit: Umgerechnet etwa 200 Milliarden Euro sollen in der estnischen Filiale der Bank gewaschen worden sein. Aus den Fin-CEN-Files, einem Datensatz aus dem US-Finanzministerium, geht nun hervor, dass ein berüchtigter, für Terroristen tätiger Geldwäscher von den Machenschaften in der Bank profitierte. Seit einiger Zeit ermittelt auch die Staatsanwaltschaft Frankfurt gegen mindestens einen Mitarbeiter der Deutschen Bank im Zusammenhang mit dem Danske-Skandal. Der Deutschen Bank droht nach SZ-Informationen eine Strafzahlung.

Was Wilkinson damals, 2012, für ein Pfund Sterling kauft, sind die Geschäftsberichte der britischen Firma Lantana Trade. Ihm war aufgefallen, dass über ihr Danske-Konto viele Millionen Dollar flie-

ßen. Laut der Bilanzen aber, die er online abruft, müsste die Firma zu diesem Zeitpunkt inaktiv sein, ihr letzter Jahresabschluss weist eine Bilanzsumme von null Pfund aus. Wilkinson meldet seine Erkenntnisse pflichtbewusst mehreren Kollegen und einem Vorgesetzten. Zu hören bekommt er, dass der Kunde einen Fehler gemacht habe und die Bilanz korrigieren würde. Das sei kein ungewöhnlicher Vorgang.

Doch als Wilkinson ein Jahr später von einem Kollegen erfährt, wem die Firma Lantana Trade angeblich gehören soll, kehren seine Zweifel zurück: mehreren Beamten des russischen Inlandsgeheimdienstes FSB und Igor Putin, ein Cousin des russischen Präsidenten Wladimir Putin. Howard Wilkinson besorgt sich neuere Dokumente aus dem Firmenregister, findet weitere Ungereimtheiten. Eine falsche Bilanz kann ein Fehler sein, aber mehrere? Obwohl er das Problem doch intern bereits gemeldet hatte? Der Banker wittert kriminelle Energie, nicht nur auf Seite der Kunden, sondern auch in seiner eigenen Bank - und schreibt eine Mail an führende Danske-Manager.

Gleichzeitig forscht Wilkinson weiter und erkennt ein System: Bei den Konten der Auslandskunden, welche die größten Umsätze machen, findet er weitere britische Firmen, bei denen die Bilanzen nicht zu den wahren Geschäften passen. Sie sind alle an derselben Adresse gemeldet. Wilkinson macht wieder Meldung nach oben: Danske habe Kunden behalten, obwohl sie Bilanzen gefälscht, also gegen Gesetze verstoßen hatten. Wenn sich das wiederholte, habe man weggesehen. Es sei davon auszugehen, dass die Bank sogar einem Unternehmen geholfen habe, das in Geldwäsche verwickelt sein könnte; zumindest bestehe der Verdacht.

Wie richtig Wilkinson lag, lässt sich heute mit Dokumenten aus den FinCEN-Files belegen. Sie nennen zum Beispiel die Firma Mazaka General Trading aus Dubai. Auf ihr Konto bei der Danske Bank flossen zwischen April und August 2014 - Monate nachdem Wilkinson erstmals vor dubiosen Geschäften von Auslandskunden gewarnt hatte - insgesamt 720 000 Dollar. Mazaka war eine Firma, die einer der damals meistgesuchten Geldwäscher, der Pakistaner Altaf Khanani, nutzte. Jahrzehntelang hatte er nach Erkenntnissen des US-Finanzministeriums für Drogenkartelle aus Mexiko oder Kolumbien Geld gewaschen. Auch Terrororganisationen wie al-Qaida, Hisbollah, die Taliban in Afghanistan gehörten zu seinen Kunden. Auf SZ-Anfrage wollte sich Khanani nicht äußern.

Auch im Fall von Igor Putin, dem Präsidenten-Cousin, bestätigen die geleakten Daten Wilkinsons Verdacht. Putins angebliche Firma Lantana erhielt Geld von der russischen Promsberbank, die später zusammenbrach, weil umgerechnet fast 50 Millionen Dollar verschwunden waren. Ein Teil davon floss offenbar an Lantana. Die FinCEN-Files enthüllen noch weitere Transaktionen von und an

Lantana, insgesamt geht es um mehr als fünf Millionen Dollar. Auf eine SZ-Anfrage nahm Igor Putin dazu keine Stellung.

Das ist das Wissen von heute. Damals, im April 2014, nehmen die Verantwortlichen der Danske Bank ihren Mitarbeiter Howard Wilkinson immer noch nicht ernst - er kündigt. Erst zwei Jahre später wird die Danske Bank in Estland das Geschäft mit Auslandskunden beenden, und ein weiteres Jahr vergeht, bis die schmutzigen Geschäfte durch die dänische Zeitung *Berlingske* öffentlich werden. 2018 tritt Danske-Chef Thomas Borgen zurück. 2019 wird Aivar Rehe, Vorstand der estnischen Niederlassung zur Zeit der Geldwäsche-Operationen, tot in seinem Garten gefunden. Die Polizei geht von einem Suizid aus.

Die Bank erklärt heute, zu speziellen Fragen des Skandals nichts sagen zu können. Sie gibt aber zu, dass sie niemals einen solch großen Bestand an ausländischen Kunden hätte aufnehmen sollen.

Was bei der Danske Bank in Estland passiert war, wird zum Gegenstand von Debatten und Anhörungen im dänischen und Europäischen Parlament. Im November 2018 erklärt Howard Wilkinson vor Abgeordneten in Brüssel das Versagen aller Kontrollen seiner ehemaligen Bank. Er wirkt bei seiner Anhörung nervös, an seiner Seite sitzt US-Anwalt Stephen Kohn, der immer wieder Whistleblower vertritt. Wilkinson ist jetzt auch einer, und er packt aus. Er erklärt, welche Länder in den Skandal verwickelt sind, dazu hat er eine Präsentation vorbereitet. An einer Stelle heißt es: "Europäisches Land B (US-Niederlassung einer europäischen Bank)". Gemeint ist die USNiederlassung der Deutschen Bank.

### Die Litauen-Spur

Im Oktober 2015 gab die Deutsche Bank ihre Rolle als Korrespondenzbank für das Geldhaus Danske in Estland auf. Kurze Zeit später erkannte der Konzern aber, dass er auch in mutmaßliche Geldwäsche mit der litauischen Niederlassung der Danske Bank verwickelt war. Das zeigt ein geheimer Bericht der Deutschen Bank von November 2015, der sich in den FinCEN-Files findet. Hintergrund waren die sogenannten Spiegelgeschäfte - Mirror Trades - eine spezielle Art von Aktienhandel, bei denen über mehrere Jahre mehrere Milliarden Dollar aus Russland abgeflossen sein sollen. Eine der maßgeblichen Mirror-Trade-Firmen bekam demnach über die Deutsche Bank Anfang September 2012 gut drei Millionen Dollar auf ihr Konto bei der Danske Litauen überwiesen. Auf eine detaillierte Anfrage zum Thema Danske erklärte die Deutsche Bank allgemein: "Mitarbeiter der Bank haben nicht vorsätzlich ungesetzliche Aktivitäten ermöglicht." SZ

Ohne die Deutsche Bank wäre ein Großteil der Geschäfte der Danske Bank in Estland gar nicht möglich gewesen. Das deutsche Geldhaus agierte viele Jahre lang als Korrespondenzbank für Danske. In dieser Rolle leitete sie für die estnische Bank, die keine Niederlassung in den USA hat, Dollar-Zahlungen auf Bankkonten in Übersee, wo sich dann die Spur des Geldes laut Wilkinson verlor. Zwischen 2007 und 2015 flossen nach Angaben von US-Behörden auf diesem Weg 267 Milliarden Dollar von Estland aus in alle Welt. Mindestens 150 Milliarden davon stammten aus Russland oder ehemaligen Staaten der Sowjetunion.

Auch aus Deutschland nahmen Ermittler Kontakt mit Howard Wilkinson auf. Mit seinem Anwalt reiste er nach SZ-Informationen 2019 nach Wiesbaden. Das Bundeskriminalamt soll ihm eine geheime Unterkunft und Personenschutz organisiert haben. Und so saß der frühere Banker mehrere Tage lang in einem schmucklosen Konferenzraum mit Beamten des BKA zusammen und erzählte: über Danske, die dubiosen Kunden - und die Bezüge nach Deutschland. Er überreichte den Ermittlern auch Dokumente, wie zu hören ist. Kurz darauf leitete die Staatsanwaltschaft Frankfurt mehrere Ermittlungsverfahren ein - unter anderem gegen den früheren CSU-Bundestagsabgeordneten Eduard Lintner. Und gegen Karin Strenz, sie sitzt bis heute für die CDU im Bundestag. Gegen beide wird wegen des Verdachts der Bestechung und Bestechlichkeit von Mandatsträgern ermittelt, es gab mehrere Durchsuchungen. Die beiden sollen sich vom autokratischen aserbaidschanischen Regime haben bestechen lassen - das Geld dafür soll über die Danske Bank transferiert worden sein. Auf Nachfrage bestätigte die Staatsanwaltschaft Frankfurt, dass gegen eine Abgeordnete im Bundestag und einen Ex-Abgeordneten ermittelt werde. Ein Abschluss des Verfahrens sei noch nicht absehbar. Lintner und Strenz ließen Anfragen unbeantwortet.

Im September 2019 tauchten die Strafermittler dann auch bei der Deutschen Bank auf - wegen des Verdachts der Beihilfe zur Geldwäsche. Das Frankfurter Geldhaus habe Verdachtsmeldungen zu spät abgegeben, so vermuten die Ermittler. Zu einer Durchsuchung kam es nicht, weil die Deutsche Bank die geforderten Unterlagen auf freiwilliger Basis den Ermittlern übergab. Auf Anfrage äußerte sich die Deutsche Bank nicht dazu. Im Fokus der Untersuchung steht mindestens ein ehemaliger Mitarbeiter, gegen den die Ermittlungen vor dem Abschluss stehen sollen, wie es aus Behördenkreisen heißt. Wahrscheinlich läuft es auf eine empfindliche Geldbuße gegen die Bank hinaus, wegen Verstößen gegen das Geldwäschegesetz. Auf Anfrage erklärte die Deutsche Bank, laufende Untersuchungen nicht zu kommentieren.

In den USA musste die Deutsche Bank wegen des Falls schon eine Strafe in Höhe von umgerechnet 150 Millionen Euro zahlen. Die US-Regulierungsbehörde wirft der Bank vor, sie habe Geschäfte "auf eine unsichere und unzuverlässige Weise" getätigt. Während sich Konkurrenten aus den baltischen Staaten zurückgezogen hatten, weil das Geldwäscherisiko dort als hoch eingeschätzt wird, blieb die Deutsche Bank - auch dann, als bei der Partnerbank Danske immer wieder vor Geld und Kunden mit Verbindungen nach Russland gewarnt wurde. Erst im Oktober 2015 beendete sie ihr Geschäft als Korrespondenzbank für Danske in Estland. Dazu räumte die Deutsche Bank auf Anfrage Mängel in der Kontrolle und Überwachung anderer Banken ein, für die man Transaktionen in Dollar tätigte. Nun habe man jedoch fast eine Milliarde Dollar in die Verbesserung von Kontrollen investiert und die Abteilung zur Bekämpfung von Finanzkriminalität auf mehr als 1500 Personen aufgestockt.

Dass Danske und die Deutsche Bank genutzt wurden, um riesige Mengen Geld aus Russland zu schaffen, war offenbar kein Zufall. Das behauptet zumindest Boris Fomin, Ex-Verwaltungsratschef der zusammengebrochenen Promsberbank, in einem Brief an die Zeitung Berlingske: Die russischen Geldwäscher hätten Insiderinformationen über die Kontrollsysteme beider Banken gehabt. Fomin sitzt wegen Veruntreuung der Promsberbank-Gelder in einem russischen Gefängnis. Sein Anwalt reagierte nicht auf eine Anfrage.

Mittlerweile kooperieren nach SZ-Informationen Ermittler mehrerer Länder in Sachen Danske: 2019 trafen sich demnach Beamte aus Estland, Dänemark, Spanien, den USA und Deutschland. Sie vereinbarten, Informationen auszutauschen. Der Whistleblower Wilkinson hat Estland inzwischen verlassen, seinen Wohnort im Vereinigten Königreich hält er geheim. In einem Interview mit dem amerikanischen TV-Sender CBS sagte er auf die Frage, ob er sich um seine Sicherheit sorge: "Das Wesen der Leute, die Geld waschen wollen, bedeutet wahrscheinlich, dass sie nicht die Art von Leuten sind, mit denen man in die Kneipe gehen und ein Bier trinken will."

Bestens informiert mit SZ Plus – 4 Wochen kostenlos zur Probe lesen. Jetzt bestellen unter: www.sz.de/szplus-testen

URL: www.sz.de/1.5042107

Copyright: Süddeutsche Zeitung Digitale Medien GmbH / Süddeutsche Zeitung GmbH

Quelle: SZ vom 24.09.2020

Jegliche Veröffentlichung und nicht-private Nutzung exklusiv über Süddeutsche Zeitung Content. Bitte senden Sie Ihre Nutzungsanfrage an syndication@sueddeutsche.de.