**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>               Plaintiffs,<br><br>      v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>               Defendants. | 21 Civ. 4400 (KAM) (RML) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I caused a true and correct copy of the following documents to be served via electronic mail on all counsel of record in this case, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and pursuant to the written agreement of the parties to effect service by electronic mail:

1. Defendants Danske Bank A/S and Danske Markets Inc.'s (the "Danske Defendants") Notice of Motion to Dismiss the Amended Complaint;

2. Memorandum of Law in Support of the Danske Defendants' Motion to Dismiss the Amended Complaint; and

3. Declaration of Brian T. Frawley and accompanying exhibits.

Dated: March 18, 2022
       New York, New York

                                                                */s/  Amanda Shami*
                                                                 Amanda Shami