**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST WILDMAN, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>                    Defendants. | 21 Civ. 4400 (KAM) (RML) |

**NOTICE OF DEUTSCHE BANK AG AND DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION TO DISMISS PLAINTIFFS' CORRECTED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Deutsche Bank AG and Deutsche Bank Trust Company Americas' (together, the "Deutsche Bank Defendants") Motion to Dismiss the Corrected Amended Complaint (Dkt. No. 38), the Declaration of Sheila C. Ramesh, including all the exhibits thereto, and all the prior papers and proceedings heretofore had herein, the Deutsche Bank Defendants will move this Court before the Honorable Judge Kiyo A. Matsumoto, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by this Court, for an order dismissing the Corrected Amended Complaint pursuant to Federal Rules of Civil Procedure 8, 12(b)(2) and 12(b)(6).

Dated:  March 18, 2022

/s/ David G. Januszewski
David G. Januszewski
Sheila C. Ramesh
Sesi V. Garimella
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
212-701-3000
djanuszewski@cahill.com
sramesh@cahill.com
sgarimella@cahill.com

*Attorneys for Defendants Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas*