**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| AUGUST WILDMAN, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>                Defendants. | 21 Civ. 4400 (KAM) (RML) |

**DECLARATION OF SHEILA C. RAMESH IN SUPPORT OF DEUTSCHE BANK AG AND DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION TO DISMISS PLAINTIFFS' CORRECTED AMENDED COMPLAINT**

      I, Sheila C. Ramesh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

      1.     I am a member of the bar of this Court and of the firm Cahill Gordon & Reindel LLP, attorneys for Defendants Deutsche Bank AG and Deutsche Bank Trust Company Americas (together, the "Deutsche Bank Defendants")

      2.     I make this Declaration in support of the Deutsche Bank Defendants' Motion to Dismiss the Corrected Amended Complaint and to put certain materials relevant to the Motion before the Court.

3. Attached hereto as Exhibit 1 is a true and correct copy of the transcript from the December 7, 2021 pre-motion conference before this Court.

Dated: March 18, 2022
New York, New York

_____
Sheila C. Ramesh

2