UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

AUGUST WILDMAN, et al.,

        Plaintiffs,

v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK LIMITED, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,

        Defendants.

21 Civ. 4400 (KAM) (RML)

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2022, I have caused a true and correct copy of the following to be served via electronic mail on all counsel of record in this case in accordance with Fed. R. Civ. P. 5(b)(2)(E):

1. Notice of Deutsche Bank AG and Deutsche Bank Trust Company Americas' Motion to Dismiss the Corrected Amended Complaint;

2. Memorandum of Law in Support of Deutsche Bank AG and Deutsche Bank Trust Company Americas' Motion to Dismiss the Corrected Amended Complaint;

3. Declaration of Sheila C. Ramesh and accompanying exhibit.

Dated:  New York, New York
          March 18, 2022

                                  /s/ Sesi V. Garimella
                                  Sesi V. Garimella