IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>       Plaintiffs,<br><br> v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.,*<br><br>       Defendants. | Case No. 1:21-cv-04400-KAM-RML<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Rule 8(a) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint, Defendant Placid NK Corporation d/b/a Placid Express shall move this Court before the Honorable Kiyo A. Matsumoto, United States District Judge, on a date and time to be set by the Court, at 225 Cadman Plaza East, Brooklyn, NY 11201, for an order dismissing the Amended Complaint against Placid Express with prejudice. Pursuant to the Scheduling Order entered by the Court on December 7, 2021, opposition papers, if any, must be served by May 13, 2022, and reply papers must be served by June 3, 2022.

| | |
|---|---|
| Dated: March 18, 2022<br>Washington, DC | Respectfully submitted,<br><br>**WHITE & CASE**<br><br>/s/ *Claire A. DeLelle*<br>Claire A. DeLelle<br>Matthew S. Leddicotte (*pro hac vice*)<br>Michael Mahaffey (*pro hac vice*)<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone:     + 1 202 626 3600<br>Facsimile:     + 1 202 639 9355<br>cdelelle@whitecase.com<br>mleddicotte@whitecase.com<br>michael.mahaffey@whitecase.com<br><br>*Counsel for Placid Express* |