# Exhibit 5

3/18/22, 1:51 PM Standard Chartered faces allegations it helped facilitate deadly attacks on British and US troops | This is Money

How we can help | Contact us Follow 14K Thursday, Mar 17th 2022 1PM 50°F 4PM 49°F 5-Day Forecast

This is MONEY.co.uk FINANCIAL WEBSITE OF THE YEAR

Money Home Business Saving & banking Investing Bills Cars Holidays Cards & loans Pensions Mortgages Experts Buy-to-let Login

ADVERTISEMENT

# Whistleblower says bank has blood on its hands: RAF veteran claims Standard Chartered helped Iran terrorists, ahead of court battle

- **RAF veteran claims Standard Chartered helped Iran terrorists**
- **He goes public ahead of court battle with UK giant**

By ADAM LUCK, FINANCIAL MAIL ON SUNDAY
**PUBLISHED:** 16:51 EST, 7 September 2019 | **UPDATED:** 05:19 EST, 8 September 2019

18 shares | 1 View comments

Embattled financial giant Standard Chartered faces a high-profile court battle that will lay bare allegations it helped facilitate deadly attacks on British and US troops.

The 166-year-old bank is accused of helping companies connected to Iran's Revolutionary Guard and enabling the pariah state to sidestep sanctions.

The Mail on Sunday revealed the impending legal battle earlier this year and a court hearing over a potentially embarrassing whistleblowing claim for compensation under US law is expected in the coming months.

https://www.thisismoney.co.uk/money/news/article-7438381/Standard-Chartered-faces-allegations-helped-facilitate-deadly-attacks-British-troops.html 1/8





Case 1:21-cv-04400-HG-RML Document 55-5 Filed 06/01/22 Page 3 of 9 PageID #: 4360

+2
View gallery

**Claims: Ex-banker Julian Knight wears his veteran's badge, inset**

Briton Julian Knight, a former senior figure at Standard Chartered, has agreed to go public for the first time after years of legal battles in the US hit the bank with fines of nearly $2 billion (£1.6 billion).

The former RAF pilot told of his reaction when he first realised the bank was breaking sanctions: 'I was angry.

'I served in the military for eight years and I was taught that terrorists were bad people yet here was a British bank allowing Iran to circumnavigate sanctions.'

Knight, referring to evidence in court papers he and his partner in the legal suit have filed in the US with details of the allegations, said: 'The bank has blood on its hands.'

The 49-year-old – who has remained anonymous until now and says he suffers ill health from stress after alerting US regulators – stands at the centre of a claim that could win hundreds of millions of dollars under the US False Claims Act, which encourages whistleblowers and was introduced by Abraham Lincoln.

In April, Standard Chartered was fined $1.1 billion (£900 million) for breaching Washington's sanctions against Iran after a US criminal investigation found the bank had been dealing with Iranian, Sudanese and Cuban individuals and entities.

At the time, chief executive Bill Winters pointed the blame at two junior employees. The bank said the pair 'were aware of certain customers' Iranian conn... conspired with them to break the law'.

**SHARE THIS ARTICLE**

**18** shares

**RELATED ARTICLES**

**Whistleblower: I told Standard Chartered it had dirty money...**

**New £1... threat... Charte...**

**HSBC hits out at democracy protests: Bank is accused of...**

**Lloyds... whistle... claim:...**

**DON'T MISS**

**Fund star Nick Train backs his steady growth stocks to return to form**
'You can be well-rewarded for holding what others regard as boring'

**Buy-to-let lenders hike rates on cheapest fixed mortgages**
Landlords will now pay almost £500 more

**Best share ideas for your Isa:**
We ask investing experts to pick the shares that can hold up in volatile markets

**Former Chelsea townhouse of a decorated nurse who looked after First World War casualties**
For sale for £7million

**Last hurrah for the V12 Vantage**
Aston Martin's gutsy tourer reaches end of the road in spectacular style

**Could landlords get a tax cut?**
Calls for 3% buy-to-let stamp duty surcharge to be abolished

**Woodford scandal drags on**



It added that it had since made significant changes including 'substantial investments in its financial crime compliance' and had 'significantly expanded its sanctions compliance teams'.

Yesterday, a Standard Chartered spokeswoman told The Mail on Sunday the US government has filed a motion with the courts to dismiss the claim.

She added: 'We are pleased that the government has decided to move to dismiss the qui tam [whistleblower] lawsuit against us. As we said when it was filed, this suit is baseless and contains many of the same inaccuracies and false allegations as the relator's previous suit.'

But a lawyer for Knight and his partner said the case has 'a long way to go' and that 'ultimately the court makes the decision'.

US court papers in support of the claim state: 'From early 2001 to at least 2014, SCB [Standard Chartered Bank] illegally moved hundreds of billions of dollars... through the US financial system on behalf of individuals, businesses and financial institutions that were subject to US economic sanctions because of their links to Iran. SCB knowingly falsified the electronic records and documentation by which these transactions were effected.

'In addition, the SCB knowingly made deceptive and misleading responses to inquiries by Federal financial regulators.

'[The] unavoidable fact is that SCB used its resources to help terrorists kill and wound American, British and other coalition military personnel and thousands of innocent civilians.'

The court papers claim Standard Chartered's own records show the bank dealt with, among other Iranian entities, Bank Sadarat, which has been named as 'providing funding' for proscribed terror groups.

## CITY HIGH-FLIER WAS LINKED TO PRINCES

Julian Knight first caught the public eye in 2007 when he was pictured with Princes Harry and William as the head of climate change charity Global Cool.

The ambitious son of a Boots director, Knight had been seconded to Global Cool from the Man Group, which is one of the largest hedge fund in the world.

After leaving school, Knight had joined the RAF and qualified as a pilot but baled out in 1996 after eight years' service when cutbacks hit his ambition to become a Top Gun fighter pilot. Instead Knight opted for a high-flying career in the City, joining Rothschild where he specialised in foreign exch

AD FEATURE

I drive 15,000 miles a year for work but am worried the 45p per mile allowance will no longer cover my petrol costs
What can I do?

Fiat to reward electric car owners who drive efficiently with crypto t
It can be used to pay for Netflix, Amazon and Spotify

Where experts are investing THEIR Isa money this year
From the safe haven of gold to backing property in the West End

The best cash Isa deals on offer now for new savings and transfers
Would you lock your money away for five years at 1.9%?

Want to save for a child's future AND help make their world a better place?
Go green or ethical with a Junior Isa

Shoppers fear online checkout chaos and declined payments as new ID checks now apply to purchases
How to help yours get through

Could you become an Isa millionaire - and would it get you financial independence?
This is Money podcast

ADVERTISEMENT

+2
View gallery

Ambitious: Knight with Harry and William at the Global Cool event

In 2008, he moved on to Standard Chartered where – after initially burnishing their environmental credentials following his time at Global Cool – he moved back into foreign exchange.

Knight left Standard for Societe Generale in New York in 2013, but his position became increasingly difficult as he was required to disclose his whistleblowing to employers and regulators alike.

He returned to London and joined a friend's hedge fund. He subsequently suffered a major heart scare which doctors told him was stress-related, prompting him to leave the world of high finance, moving north with his family.

Last year, Knight's estranged wife Nasreen was jailed after attacking him and threatening to kill his future wife Erika.

He now lists his chosen profession as 'house husband'.

In a separate case designed to establish the right of US military famili for effectively funding terror attacks, Bank Sadarat was accused of 'tr funds to (terror group) Hezbollah and the Iranian Revolutionary Guard claim brought by Knight and his associate also says Standard clients National Iranian Oil Company (NIOC)', adding 'in 2008 (the US govern identified NIOC as an affiliate of the Iranian Revolutionary Guard Corp

Knight, who was based in Dubai as global head of transaction banking exchange, said he alerted Standard Chartered about the vulnerability



3/18/22, 1:58 PM Standard Chartered faces allegations it helped facilitate deadly attacks on British and US troops | This is Money
Case 1:21-cv-04400-HG-RML Document 55-5 Filed 06/01/22 Page 6 of 9 PageID #: 4363

trading system to money laundering and its failure to properly monitor and account for clients in 2011.

Later that year, after leaving the bank – he says under pressure – Knight was approached by an American currency trader who asked him if he knew anything about Standard Chartered breaching US sanctions against Iran.

Knight said: 'I began to reflect on the fact that my brother, who is an RAF helicopter pilot, was ferrying around military personnel in Iraq. It is no secret that British and coalition troops and Iraqi civilians were killed by Iranian-funded IEDs. Where did the money that funded these IEDs come from?'

In 2012, Knight and the American trader – who has spoken to The Mail on Sunday but does not want to be named – met with US Federal and State financial regulators. Standard Chartered had only just paid a £415 million fine to the US over allegations it had broken sanctions on Iran and left the American financial system 'vulnerable to terrorists'.

Now Knight suffers from a serious heart condition related to stress and no longer works in the City. A father of six, he remarried during the summer and now lives in the East Midlands.

He is likely to be called to give evidence in US courts when his fellow whistleblower presses his claim for a payout next year.

But the Briton said: 'I will not be claiming any of the money. I just want to see justice served.'

This is MONEY

**Has the shift from growth to value kicked in already and what shares could profit?**
BP and Shell shares have bounced 45% in a year and pay big dividends, but will they be held back for not being green?

**Gresham House's Ken Wotton on why he gets stuck in to back small companies that can win big**
The hunt for exceptional companies that bring disruption and big returns: Baillie Gifford US Growth's Kirsty Gibson

**Where investors can profit in the dividend recovery- the firms bringing back payouts for shareholders**
Investing in the best of British smaller companies can pay off in the Covid recovery: Georgina Brittain

**'Crypto is the poster child of empty calorie speculation': Barry Norrison how inflation could affect growth stars, value shares and bitcoin**
Are Lloyds, NatWest, Barclays and HSBC primed for recovery profits - and will investors ever fall back in love with bank shares?

**Tom Becket: Will investors profit from a Roaring Twenties stock market or face a return to low growth with even more debt?**
How we invest in companies helping the planet: Jupiter Green manager Jon Wallace

**A simple mix of shares, bonds and cash doubled investors' money in five years: Baillie Gifford Managed Fund's Iain McCombie**
Nick Train: 'As long as you're not taking an apocalyptic view, there's plenty to be optimistic about'

**Share or comment on this article: Standard Chartered faces allegations it helped facilitate deadly attacks on British and US troops**

**18** shares

*Some links in this article may be affiliate links. If you click on them we may earn a small commission. That helps us fund This Is Money, and keep it free to use. We do not write articles to promote products. We do not allow any commercial relationship to affect our editorial independence.*

Search
All articles
Share prices

**You May Like**

Sponsored Links by Taboola

**New iPhone 13 Deals**
iPhone 13 | Deals

**New 2022 VW Tiguan Incentives**
2022 Tiguan Incentives | Search Ads

**New Luxury Cars on Sale**
Luxury Cars | Search Ads

https://www.thisismoney.co.uk/money/news/article-7438381/Standard-Chartered-faces-allegations-helped-facilitate-deadly-attacks-British-troops.html 5/8

**50 Menu Items Fast Food Workers Say Never To Order**
Our Health Depot

**Moisturizers for Mature Skin Most Seniors Might Not Know About**
Moisturizer | Search Ads

**When you eat eggs every day, this is what happens to your body.**
OMGIFacts

**Hawaii All-Inclusive Beach Front Hotel Deals**
Hawaii Vacations | Search Ads

**All New Lexus RX350 Deals**
Lexus RX350 | Search Ads

**New Senior Living Residences Near New York (Take a Look at the Prices)**
Senior Living | Search Ads

ADVERTISEMENT

MOST WATCHED MONEY VIDEOS

Embed this </>

Alfa Romeo reveals the ten best tunnels in the

'Fun to drive': New Ferrari 296 GTB is an

F1 designer Gordon Murray unveils new

DeLorean tease the launch of an electric

How Hyundai's Ioniq 5 can charge home

Morgan Motor Company unveil the

New car sales boom and these are the 5

Grenadier 4X4s to be built in new French

FROM THE WEB

Sponsored Links by Taboola

**The Best Cruises For Senior Travers, Top Senior Discounts**
Cruise Deals

Learn More

**Great Deals On Carhartt Clothing & Apparel Going On Now**
Carhartt Deals & Discounts

**2022 Cruises Are Now On Sale, Explore The Top Trips & Destinations**
2022 Cruise Deals

**Cheap Flights to Hawaii**

Hawaii Flights | Search Ads

MOST READ MONEY

What the Bank of England base rate

How high will the base rate go? Bank

Nickel trading finally resumes at

UK regulator puts brakes on £6bn

Share US F

## Comments 1

Share what you think

Add your comment

Newest | Oldest | Best rated | Worst rated

The comments below have been moderated in advance.

Loading...

**The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.**

We are no longer accepting comments on this article.

MORE TOP STORIES

- **Currys launches 'Cash for Trash' scheme rewarding shoppers who bring in old or broken tech - but how do you make sure you wipe personal data first?**
- As firms are fined by the watchdog, beware the white goods cold-callers pushing unneeded insurance policies on the elderly and vulnerable
- **No smartphone, no shopping: New security checks mean one in four online payments will require a code**
- Curious about crypto? PayPal criticised for bombarding customers with adverts encouraging them to invest in risky cryptocurrencies
- **Could giving up your own vehicle and signing up to a car club put the brakes on your motoring costs?**
- Cashback sites accused of rewarding gambling: Three big firms promoting more than 60 bingo and betting sites
- **Is a degree still a good investment? New student loan rules will see graduates paying them off into their 60s - and mean nurses pay more than bankers**
- Claims management firms to have their fees capped at 30%, under new City watchdog rules
- **Do you have an old N64 and games that could be worth hundreds of pounds? From GoldenEye to Mario, here's what late 90s Nintendo gear can now fetch**
- British Gas Homecare wins the Wooden Spoon Award! Firm had 191k complaints in 6 months as customers waited 8 weeks for boiler repairs
- **Insulation was supposed to save us money... but it ruined our homes: Millions face crippling repair costs after botched green upgrades**
- Cost of a basic funeral fell for the first time on record last year, but growing number of families opted for budget cremations during the pandemic
- **Top 10 companies for customer service: First Direct and John Lewis slip down as Pets at Home takes the crown and Skoda and Timpson blast up the ranks**
- Greensill goes back to his roots: Disgraced financier heads back to the family farm (and his £2.3m holiday home) in rural Australia

**MORE HEADLINES**

ADVERTISEMENT



3/18/22, 1:51 PM Standard Chartered faces allegations it helped facilitate deadly attacks on British and US troops | This is Money

This is MONEY
Get in touch if you have...
Something we need to know about
Been wronged by a bank or company
Just a great story to tell
Contact the team in confidence

Money Home Business Saving & banking Investing Bills Cars Holidays Cards & loans Pensions Mortgages Experts Buy-to-let

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

This is MONEY.co.uk

This is Money is part of the Daily Mail, Mail on Sunday & Metro media group

dmg media
Contact us How to complain Advertise with us Contributors Terms Do not sell my info Privacy policy & cookies

DAF
GN17 XED

https://www.thisismoney.co.uk/money/news/article-7438381/Standard-Chartered-faces-allegations-helped-facilitate-deadly-attacks-British-troops.html 8/8

