**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,　　　Plaintiffs,　　-v.-　　DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,　　　Defendants. | No. 1:21-CV-04400 (KAM) (RML) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I caused a true and correct copy of (i) Standard Chartered Defendants' Notice of Motion To Dismiss the Amended Complaint, (ii) Standard Chartered Defendants' Memorandum in Support of Their Motion To Dismiss, (iii) and Declaration of Andrew J. Finn and accompanying exhibits, to be served via electronic mail on all counsel of record in this case in accordance with Fed. R. Civ. P. 5(b)(2)(E).

Dated:　New York, New York
　　　　March 18, 2022

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nicole L. Spaetzel*
　　　　　　　　　　　　　　　　　　　　　　Nicole L. Spaetzel