IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.,*<br><br>      Defendants. | Case No. 1:21-cv-04400-KAM-RML<br><br>ORAL ARGUMENT REQUESTED |

## CERTIFICATE OF SERVICE

I, Michael Mahaffey, hereby certify on this 18th day of March, 2022, that I caused a true and correct copy of the Notice of Motion of Defendant Placid Express to Dismiss the Amended Complaint and the Memorandum of Law in Support thereof to be served by electronic mail on all counsel of record in this case in accordance with Fed. R. Civ. P. 5(b)(2)(E).

Dated: March 18, 2022       /s/ *Michael Mahaffey*
    Washington, DC        Michael Mahaffey