IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,<br><br>Defendants. | No. 1:21-CV-04400 (KAM) (RML) |

## CERTIFICATE OF SERVICE

I certify that on May 13, 2022, I caused true and correct copies of Plaintiffs' oppositions to the Motions to Dismiss of the Deutsche Bank Defendants, the Standard Chartered Bank Defendants, the Danske Bank Defendants, and Placid Express to be served via email on all counsel of record in this case.

Dated: May 13, 2022

                                          s/Tejinder Singh

                                          Tejinder Singh
                                          SPARACINO PLLC
                                          1920 L Street, NW, Suite 835
                                          Washington, D.C. 20036
                                          Tel: (202) 629-3530
                                          tejinder.singh@sparacinopllc.com