# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| ANIRUDH BANSAL | PATRICK GORDON | | EDWARD N. MOSS | HERBERT S. WASHER |
| DAVID L. BARASH | JASON M. HALL | 1990 K STREET, N.W. | NOAH B. NEWITZ | MICHAEL B. WEISS |
| LANDIS C. BEST | STEPHEN HARPER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | DAVID WISHENGRAD |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | (202) 862-8900 | DAVID R. OWEN | C. ANTHONY WOLFE |
| BROCKTON B. BOSSON | NOLA B. HELLER | | JOHN PAPACHRISTOS | COREY WRIGHT |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | ELIZABETH M. YAHL |
| DONNA M. BRYAN | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JOYDEEP CHOUDHURI * | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | SHEILA C. RAMESH | |
| JAMES J. CLARK | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | | OLEG REZZY | |
| LISA COLLIER | BRIAN S. KELLEHER | | THORN ROSENTHAL | |
| AYANO K. CREED | RICHARD KELLY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | * ADMITTED AS A SOLICITOR IN |
| PRUE CRIDDLE ± | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | JOEL KURTZBERG | | ANDREW SCHWARTZ | ± ADMITTED AS A SOLICITOR IN |
| STUART G. DOWNING | TED B. LACEY | | DARREN SILVER | WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | § ADMITTED AS AN ATTORNEY |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ROSS E. STURMAN | IN THE REPUBLIC OF SOUTH AFRICA |
| HELENA S. FRANCESCHI | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | ONLY |
| JOAN MURTAGH FRANKEL | BRIAN T. MARKLEY | | ANTHONY K. TAMA | |

212-701-3352

June 17, 2022

Re: *Wildman* v. *Deutsche Bank Aktiengesellschaft, et al.*, No. 21 Civ. 4400 (E.D.N.Y.) (HG) (RML)

Dear Judge Gonzalez:

We represent Deutsche Bank Aktiengesellschaft ("DB AG") and Deutsche Bank Trust Company Americas ("DBTCA" and together with DB AG, "Deutsche Bank") in this action. We write, pursuant to Section IV.C of Your Honor's Individual Practices, to request oral argument on Deutsche Bank's pending Motion to Dismiss Plaintiffs' Corrected Amended Complaint.

The papers for the pending motions to dismiss, including Deutsche Bank's motion, have all been filed as of June 3, 2022. ECF No. 67. We understand that, per Your Honor's Individual Practices, Your Honor instructs that "[p]arties may request oral argument by noting 'Oral Argument Requested' in their Notice of Motion or opposing memorandum[.]" Because Deutsche Bank (and all other defendants) filed its moving brief and accompanying papers while Judge Matsumoto was presiding over the action, Deutsche Bank was conforming with Judge Matsumoto's Chambers Practices. *See* Chamber Practices of Judge Matsumoto at III.E ("A party seeking oral argument on a motion shall file a separate letter, titled 'Request for Oral Argument,' at the time the fully-briefed motion is filed on ECF."). Thus, Deutsche Bank did not include the notation requesting oral argument required per Your Honor's Individual Practices.

Given Deutsche Bank's intent to file a letter requesting oral argument consistent with Judge Matsumoto's Chamber Practices, we respectfully request that Your Honor excuse the departure from your Individual Practices and accept this letter as Deutsche Bank's request for oral argument on its pending Motion to Dismiss Plaintiffs' Corrected Amended Complaint.

Respectfully submitted,

David G. Januszewski

The Honorable Hector Gonzalez
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By ECF

cc:  Counsel of Record