# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>  Defendants. | **21 Civ. 4400 (HG) (RML)** |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
## AS TO DANSKE MARKETS INC.

WHEREAS, on August 5, 2021, plaintiffs August Wildman, *et al.* ("Plaintiffs") filed a Complaint in this action, naming as a defendant, *inter alia*, Danske Markets Inc.;

WHEREAS, on February 26, 2022, Plaintiffs filed an Amended Corrected Complaint, also naming as a defendant, *inter alia*, Danske Markets Inc.;

WHEREAS, on March 18, 2022, Danske Markets Inc., together with Danske Bank A/S, served a Motion to Dismiss the Amended Corrected Complaint Pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(2), and 12(b)(6);

WHEREAS, Plaintiffs do not oppose the motion to dismiss as to defendant Danske Markets Inc. only, and Plaintiffs and Danske Markets Inc. hereby agree to dismiss Danske Markets Inc. from this action on the terms and conditions set forth herein.

WHEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, that, pursuant Federal Rule of Civil Procedure 41(a)(2), Danske Markets Inc. is voluntarily

dismissed, without prejudice, as a defendant in this action, with each party to bear its own attorneys' fees and costs.

Dated: July 6, 2022

| SPARACINO PLLC | SULLIVAN & CROMWELL LLP |
|---|---|
| By:*/s/ Ryan R. Sparacino* | By:*/s/ Brian T. Frawley* |
| Ryan R. Sparacino (*pro hac vice forthcoming*) | Brian T. Frawley |
| Eli J. Kay-Oliphant | Amanda Shami |
| 1920 L Street, NW, Suite 835 | 125 Broad Street |
| Washington, D.C. 20036 | New York, New York 10004 |
| Tel: (202) 629-3530 | Tel: (212) 558-4000 |
| ryan.sparacino@sparacinopllc.com | frawleyb@sullcrom.com |
| eli.kay-oliphant@sparacinopllc.com | shamia@sullcrom.com |
| *Attorneys for Plaintiffs* | *Attorneys for Danske Markets Inc.* |

SO ORDERED:

_____
United States District Judge