UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al*,<br><br>    Defendants. | No.: 1:21-CV-04400 (HG) (RML)<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear as counsel of record for Plaintiffs, August Wildman, Holly Lau Abraham, Katherine Abreu-Border, Robin Elizabeth Akers, Kathleen Lynn Alexander, Jonathan L. Ashley, III, Jonathan Leigh Ashley, IV, Jordan Ashley, Tammie Maria Ashley, Anna Maria Banzer, Pamela E. Alexander Bell, Frederick C. Benson, Betty Darlene Black, Catherine Elm Boatwright, Mary Border, Luis Briseno, William Michael Burley, Emmitt Dwayne Burns, Corbin Cabrera, Daniel Matias Cabrera, Gillian Leigh Cabrera, Robert Cabrera, Cynthia Carol Campbell, Margaret Elm Campbell, Janice Caruso, Suni Chabrow, Cordaro Devon Clark, Corteize Clark, Keyko D. Clark, Precious Clark, Michael Collins, Joy Coy, Kirk W. Daehling, Heather Frances Daniels, James L. Daniels, Lucan Daniels, Judith Sara Darrough, Robert Charles Darrough, Cleveland Davis, Alberto D. Diaz, Anthony M. Diaz, Matthew J. Diaz, Erich Martin Ellis, James Earl Ellis, James Russell Ellis, Joelle R. Ellis, John F. Ellis, Dennis John Elm, Donna Lee Elm, Matthew Elm, Paige Erlanger, Thomas Anthony Fogarty, Joanna Gilbert, Patricia Goins, Paul Edward Goins, III, Daniel Griffin, Matt Griffin, Shawn Patrick Griffin, Mary R. Hammerbacher-Nicho, Jerry Hardison, Individually and

on behalf of the Estate of Teresa Hardison, Holly Marie Harpe, Alex Henigan, Tracy Anne Herring, Kevin Honaker, Trecia Brock Hood, Ronald Paul Hopkins, Tamara Elaine Horns, Benjamin Horsley, John Horsley, Daniel Owen Hughes, Patricia Shirley Hughes, Eric M. Hunter, Joey J. Hunter, II, Joey J. Hunter, Sr., Ayzia J. Jayne, Paul Elmer Jayne, Angela Kahler, Andrea Kessler, Songmi Kietzmann, Kevin King, Brandon Korona, Brian Lambka, Douglas A. Landphair, Jean S. Landphair, Meredith Landphair, Janet Landrum, Hamide Lau, Leroy Wingkit Lau, Jr., Eric Daniel Lund, Taylor Marta, Brian Martin, Catherine G. Martin, Julie K. Martin, Suzanne Renae Martinez, Lisa Martinusen, George B. McClintock, Kathleen McEvoy, Michelle Rose McEvoy, Patrick Charles McEvoy, Shannon K. McNulty, Clarence Joseph Metcalf, Kimberly Metcalf, Jeremy J. Metzger, Marie Sentina Mielke, Stephanie Ann Miller, Beverly Mills, Eric Morgado, Jose Alberto Morgado, Miriam A. Mullen, William J. Mullen, Catherine Mullins, Thomas Mullins, Chet Murach, William R. Nevins, Amanda Newman, Brandon Nichols, Cynthia Nichols, Douglas Nichols, Jeanne M. Nichols, Monte Douglas Nichols, Adolf Olivas, Dan Olmstead, Tammy Olmstead, Kade M. Osborn, Julia Ott, Joyce Patricia Paulsen, Delaynie K. Peek, Nicholas Joseph Francis Perez, Dennis W. Peters, Ida Belle Pittman, Connor Alexian Pladeck-Morgado, Aaron William Prescott, Jacob Richard Prescott, Joshua Michael Prescott, Tracey Marie Prescott, Janice H. Proctor, J.D. Prosser, Dana Rainey, Bethany Rose Mullins Randall, Christine Rangel, Erin Riedel, Sheila Ristaino, Randy Ristau, Suzanne Ristau, Nicholas Walter Robinson, IV, Nicole Ann Robles, Andrea Roe, Barbara A. Roland, Erica M. Roland, Mark, K. Roland, Angel R. Roldan, Christopher J. Rosebrock, Michell Carlina Rotelli, Brandon Tyler Schmidt, Phillip J. Schmidt, Sarah Melina Schwallie, Wendy Shedd, Sherry A. Skeens, Joan Smedinghoff, Mark T. Smedinghoff, Regina C. Smedinghoff, Thomas Smedinghoff, Martha Carolina Smith, Erik Sparks, Garry Lee Sparks, Jan Marie Hurnblad

Sparks, Jane Sparks, Zachary Douglas Sparks, Annette Spehar, Jacob Louis Spehar, Luke Spehar, Patrick Spehar, Mitchell L. Stambaugh, Charles Wesley Strange, Charles Wesley Strange, III, Katelyn Marie Strange, Freddie Dewey Sutton, Summer Breanne Sutton, Gregory Timoney, Ryan Gregory Timoney, Gloria Diane Trelfa, Kevin Trimble, Luann Varney, Mark Matthew Kaleinani Vickers, Robert Martin Kahokulani Vickers, Jr., Barry Welch, Bethany Wesley, Zachary Welch, Colleen Whipple, Abrill Renee Williams-Osbourn, Michelle Joy Kapunaheleokalani Yarborough, Baily Zimmerman, Chris Lee Zimmerman, Michelle Zimmerman, and Kristine Anne Zitny.

Dated: August 18, 2022

/s/ Seth Ard
Seth Ard
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: 212-336-8330
sard@susmangodfrey.com

*Attorneys for above-listed Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify this 18th day of August 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

*/s/ Seth Ard*
Seth Ard
