IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>　　　　　　　　　Defendants. | **21 Civ. 4400 (HG) (RML)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, STEPHEN M. BALDINI, of the law firm of Akin Gump Strauss Hauer & Feld LLP, who is a member in good standing of the bar of this Court, herby appears as counsel for Defendant Wall Street Exchange LLC[1] in the above-captioned action.

---

[1] The Amended Complaint refers to Wall Street Exchange LLC, however, the correct name is Wall Street Exchange Centre LLC.

1

Dated: New York, New York
       September 30, 2022

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/   *Stephen M. Baldini*
Stephen M. Baldini
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: sbaldini@akingump.com

*Counsel for Defendant*
*Wall Street Exchange LLC*