UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC, <br><br>    Defendants. | 21 Civ. 4400 (HG) (RML) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wall Street Exchange LLC,[1] by and through its undersigned counsel, hereby discloses and certifies as follows:

Wall Street Exchange Centre LLC, identified on the docket as Wall Street Exchange LLC, is wholly owned by United Fintech Solutions LLC, which in turn is wholly owned by the Emirates Post Group company. Wall Street Exchange Centre LLC is a company organized under the laws of Abu Dubai, United Arab Emirates. No publicly held corporation owns 10% or more of Wall Street Exchange Centre LLC stock.

---

[1] The Amended Complaint refers to Wall Street Exchange LLC, however, the correct name is Wall Street Exchange Centre LLC.

1

| | |
|---|---|
| Dated:  September 30, 2022<br>New York, New York | /s/ Stephen M. Baldini<br>Stephen M. Baldini<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>sbaldini@akingump.com<br>Tel: (212) 872-1000<br><br>*Counsel for Defendant*<br>*Wall Street Exchange LLC* |