# Exhibit FAA 2



# Cabinet Resolution No. 11 of 2006
## Regarding,
## The Working System of Judicial Notification Companies and Offices

**Cabinet**

**Having reviewed the constitution,**

And the Federal Law No.1 of 1972 on the competencies of the ministries, the powers of the ministers, and the laws amending them.

And Civil Procedures Law promulgated by Federal Law No. 11 of 1992 and the laws amending it.

And the Cabinet Resolution No. (81/16) of 2006, approving the draft decision on the working system of Judicial Notification Companies and Offices

And according to the presentation of the Minister of Justice and the approval of the Cabinet:

**It is resolved that:**

### Article 1

Conditions for companies and private offices carrying out the business of judicial notification are as follows:

1. To be a company or branch of a company or an office or a representative office established in the State in accordance with the provisions of the laws of the State.
2. The scope of activities of the company or the office has to be within similar services.
3. The company or office commits to open branches or offices in the Emirates and their major cities.
4. The company or office shall have the necessary competence to practice the work of judicial notification services, and to have the sufficient capacity to do so in the best way possible.

Ex 2, P99

**APHAMEA** TRANSLATION & LINGUISTIC SERVICES

Burj Khalifa, Business Bay, Churchill Tower
41st Floor, Office No. 4110
Dubai - United Arab Emirates
Tel: +971 4 3918848
Email: aphamea.tr@gmail.com



أفــامــيـا للترجمة والخدمات اللغوية

منطقة برج خليفة، الخليج التجاري، برج تشرشل
الطابق ٤١، مكتب رقم: ٤١١٠
دبي - الإمارات العربية المتحدة
الهاتف: ٣٩١٨٨٤٨ ٤ ٩٧١+
البريد الإلكتروني: aphamea.tr@gmail.com

5. The company or office shall abide by and respect the laws, regulations and legislations in force in the State, especially those related to Judicial Proceedings.

6. The employees of the company or the office have to be fully aware of the geographical and administrative distributions in the State.

7. The company commits to train its employees on its own account and according to the training program prepared by the Institute of Training and Judicial Studies in cooperation with the Ministry of Justice.

## Article 2

Companies and offices responsible for processing judicial notifications must commit to the following:

1. Follow the procedures set forth in the Civil Procedure Law, when implementing the service of notification.

2. Execute the required notification during the period set by the Ministry of Justice whether in regular cases or in summary ones.

3. Return a copy of the notification **after** being signed by the **recipient,** within the time frame set for service of the notification.

4. Maintain the confidentiality of information and papers disclosed to employees and staff of the *company* or the office.

5. Provide the necessary work team in addition to the requirements needed to perform work that achieves the purpose.

2

Ex 2, P100

APHAMEA TRANSLATION & LINGUISTIC SERVICES

Burj Khalifa, Business Bay, Churchill Tower
41st Floor, Office No. 4110
Dubai - United Arab Emirates
Tel: +971 4 3918848
Email: aphamea.tr@gmail.com

منطقة برج خليفة، الخليج التجاري، برج تشرشل
الطابق ٤١، مكتب رقم: ٤١١٠
دبي - الإمارات العربية المتحدة
الهاتف: ٣٩١٨٨٤٨ ٤ ٩٧١+
البريد الإلكتروني: aphamea.tr@gmail.com

6. Keep necessary records for data entry set by the Ministry of Justice

7. The employees of offices or companies shall not proceed with notifications to persons they have interests with or who are related to them up to the fourth degree.

8. Any other obligations set by the Ministry of Justice in the Contract concluded with the company or the office.

## Article 3

The Ministry of Justice shall prepare the necessary contracts for carrying out of the business of serving judicial notifications and is empowered to sign with companies or their branches, offices or their branches that have the required conditions and obligations as mentioned in Articles 1 and 2 hereof.

## Article 4

This resolution is effective from the issuance thereof and shall be published in the official gazette.

          H.H. Mohammed bin Rashid Al Maktoum
          Vice President of State
          Prime Minister

**Issued by us:**
On 20 Rabi I 1427 AH
Corresponding to April 18, 2006 AD



Ex 2, P101

## قرار مجلس الوزراء رقم (11) لسنة 2006م
## بشأن
## نظام عمل شركات ومكاتب الإعلانات القضائية

مجلس الـــــــوزراء ،

بعد الإطلاع على الدستور ،

وعلى القانون الاتحادي رقم ( 1 ) لســـنة 1972، في شـــأن اختصاصـــات الــوزارات وصلاحيات الوزراء والقوانين المعدلة له ،

وعلى قانون الإجراءات المدنية الصادر بالقانون الاتحـــادي رقــم (11) لســـنة 1992 ، والقوانين المعدلة له ،

وعلى قرار مجلس الوزراء رقم (16/81) لسنة 2006 ، بالموافقة على مشروع قرار بشأن نظام عمل شركات ومكاتب الإعلانات القضائية .

وبناءً على ما عرضه وزير العدل ، وموافقة مجلس الوزراء ،

قـــــرر :

### المادة الأولى

يشترط في الشركات والمكاتب التي تزاول مهنة الإعلانات القضائية مايأتــي :

1- أن تكون من الشركات أو فروع الشركات أو المكاتب أو فروع المكاتب المنشـــأة في الدولة طبقاً لأحكام القوانين الســارية في الدولة .
2- أن يكون نشاط الشركة أو المكتب في إطار الخدمات المماثلة .
3- أن تلتزم الشركة أو المكتب بفتح فروع أو مكاتب في إمارات الدولة ومدها الرئيسية .
4- أن تتمتع الشركة أو المكتب بالكفاءة اللازمة لممارسة عمل الإعلانـــات وأن تكـــون لديها القدرة الكافية لأداء عملها على أحسن وجه .



٢٢٣
Ex 2, P102

٥- أن تلتزم الشركة أو المكتب بالقوانين والأنظمة والتشريعات المعمول بها في الدولة وخصوصاً تلك المتعلقة بالعملية القضائية .

٦- أن يكون موظفو الشركة أو المكتب على دراية تامة بالتوزيعات الإدارية والجغرافية في الدولة .

٧- تلتزم الشركة بتدريب موظفيها على حسابها وفق برنامج التدريب الذي يعده معهد التدريب والدراسات القضائية بالتعاون مع وزارة العدل .

## المادة الثانية

على الشركات والمكاتب التي تتولى مهمة الإعلانات القضائية الالتزام بما يلي :

١- إتباع الإجراءات المنصوص عليها في قانون الإجراءات المدنية عند قيامها بتنفيذ الإعلان .

٢- تنفيذ الإعلان المطلوب خلال المدة التي تحددها وزارة العدل سواء للقضايا العادية أو القضايا المستعجلة .

٣- إعادة صورة من الإعلان بعد توقيعها من المستلم طبقاً لذات المواعيد المقررة للإعلان .

٤- المحافظة على سرية المعلومات والأوراق التي يطلع عليها الموظفون والعاملون بالشركة أو المكتب .

٥- توفير فريق العمل اللازم بالاضافة إلى المتطلبات اللازمة لأداء عمله على الوجه الذي يحقق المصلحة .

٦- الاحتفاظ بالسجلات اللازمة لقيد البيانات التي تحددها وزارة العدل ...

٧- عدم مباشرة موظفي الشركة أو المكتب لأية اعلانات تتصل بمن تربطهم بهم مصلحة أو قرابة حتى الدرجة الرابعة .

٨- أية التزامات أخرى تحددها وزارة العدل في العقد المبرم مع الشركة أو المكتب



٢٢٤

Ex 2, P103

## المادة الثالثة

تعد وزارة العدل العقود اللازمة لمزاولة مهنة الإعلانات القضائية وتفوض بالتوقيع عليها مــع الشركات أو فروعها والمكاتب أو فروعها التي تتحقق فيها الشروط والالتزامات الواردة في المادتين الأولى والثانية من هذا القرار .

## المادة الرابعة

يعمل بهذا القرار من تاريخ صدوره وينشر في الجريدة الرسمية.

محمد بن راشد آل مكتوم
نائب رئيس الدولة
رئيس مجلس الوزراء

صدر عنا:
بتاريخ : 20 ربيع الأول 1427هـ
الموافق : 18 أبريل 2006م

٢٢٥

Ex 2, P104