# Exhibit FAA 3




# Commercial License
## رخصة تجارية

### License Details / تفاصيل الرخصة

| | | | |
|---|---|---|---|
| License No. | 509074 | | رقم الرخصة |
| Company Name | WALL STREET EXCHANGE CENTRE (L.L.C.) | مركز وول ستريت للصرافة (ش . ذ. م. م) | اسم الشركة |
| Trade Name | WALL STREET EXCHANGE CENTRE (L.L.C.) (BRANCH) | مركز وول ستريت للصرافة (ش . ذ. م. م) - فرع | الإسم التجارى |
| Legal Type | Limited Liability Company - Single Owner(LLC - SO) | شركة ذات مسؤولية محدودة - الشخص الواحد (ذ.م.م.) | الشكل القانونى |
| Expiry Date | 29/11/2022 | تاريخ الإنتهاء | |
| Issue Date | 30/11/1998 | | تاريخ الإصدار |
| D&B D-U-N-S ® No. | 561597829 | الرقم العالمي | |
| Main License No. | 216992 | | رقم الرخصة الام |
| Register No. | 42376 | رقم السجل التجارى | |
| DCCI No. | 52516 | | عضوية الغرفة |

### License Members / الاطراف

| No. / رقم الشخص | Name / الإسم | Nationality / الجنسية | Role / الصفة | Share / الحصص |
|---|---|---|---|---|
| 941210 | UNITED FINTECH SOLUTIONS L.L.C / يونايتد فنتك سوليوشنز ش.ذ.م.م | United Arab Emirates / الامارات | Shares Owner / مالك حصص | 100.00% |
| 701779 | GRAHAM JOHN FLANNERY / جراهام جون فلانيرى | Ireland / ايرلندا | Manager / مدير | |

### License Activities / نشاط الرخصة التجارية

Managing Office / مكتب ادارة

### Address / العنوان

| | | | |
|---|---|---|---|
| P.O. Box | 3014 | | صندوق بريد |
| Parcel ID | 119-220 | | رقم القطعة |
| Phone No | 971-4-2302224 | تليفون | |
| Fax No | 971-4-2286533 | فاكس | |
| Mobile No | 971-55-5772242 | هاتف متحرك | |

مكتب رقم 1103-1104-2201-2202-2203-2204 ملك الشيخة مريم بنت راشد بن-رقه البطين

Email / البريد الإلكتروني: admin@wallstreet.ae

### Remarks / الملاحظات

---

Print Date  23/11/2021  14:50  تاريخ الطباعة        Receipt No.  14155803  رقم الإيصال

Now you can renew your trade license by sending a text message (SMS). Send your trade license number to 6969 (Du/ Etisalat) to receive payment voucher.
يمكنك الآن تجديد رخصتك التجارية من خلال الرسائل النصية القصيرة، أرسل رقم الرخصة إلى 6969 (دو/اتصالات) للحصول على اذن الدفع.

Get **FREE** access to Zoho One for the first year
احصل على زوهو ون **مجاناً** للسنة الأولى
Zoho.com/ded



Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae
وثيقة إلكترونية معتمدة وصادرة بدون توقيع من دائرة التنمية الاقتصادية .لمراجعة صحة البيانات الواردة في الرخصة برجاء زيارة الموقع www.dubaided.gov.ae

THE EMIRATES / الإمارات

Ex 3, P105

**GOVERNMENT OF DUBAI**

**DUBAI ECONOMY**

شهادة شهر قيد شركة فى السجل التجارى
## Commercial Register

### Register Details / تفاصيل القيــد

| | | | | |
|---|---|---|---|---|
| **Main Lice. Nr** | 216992 | رقم الرخصة الأم | **Register No.** 42376 | رقم القيد |
| **Company Name** | WALL STREET EXCHANGE CENTRE (L.L.C.) | | مركز وول ستريت للصرافة (ش . ذ. م. م) | |
| **Legal Type** | Limited Liability Company - Single Owner(LLC - SO) | | شركة ذات مسؤولية محدودة - الشخص الواحد (ذ.م.م.) | الشكل القانوني |
| **Expiry Date** | 27/04/2022 | تاريخ الإنتهاء | **Reg. Date** 13/04/1999 | تاريخ الإصدار |
| **D&B D-U-N-S No.** ® | | | 561597829 | الرقم العالمي |

### Capital Details / تفاصيل راس المال

| | | | |
|---|---|---|---|
| **Nominated** | | 18,000,000 | الإسمى |
| **Paid** | | 18,000,000 | المدفوع |
| **No. of Shares** | | 0 | عدد الأسهم |
| **Currency** | UAE Dirhams | درهم اماراتي | العملة |

### License Address / عنوان الرخصة

مكتب رقم 1103-1104-2201-2202-2203-2204 ملك الشيخة مريم بنت راشد بن رقه البطين

### Commerce Address / عنوان السجل التجاري

محل 2 - ملك محمد حمد سيف الرمحى - البدع

### Register Activities / أنشطة السجل

| | |
|---|---|
| Remittance of Local & Foreign Currencies | إجراء عمليات التحويل بالعملة المحلية والعملات الأجنبية |
| Handling of Remittance Business in Both The Local & Foreign Currencies Contrac | تنفيذ عمليات التحويل بالعملة المحلية والعملات الاجنبية |
| Money Exchangers | بيع وشراء العملات الأجنبية (محلات الصرافة) |
| Managing Office | مكتب ادارة |
| Financial Advisors | الاستشارات المالية |
| Money Orders & Travellers Cheques Exchangers | إصدار الحوالات والشيكات المالية والسياحية |

| | | | | |
|---|---|---|---|---|
| **Print Date** | 23/11/2021 | 14:50 | تاريخ الطباعة | **Receipt No.** 14155803 | رقم الإيصال |

THE EMIRATES

Now you can renew your trade license by sending a text message (SMS). Send your trade license number to 6969 (Du/ Etisalat) to receive payment voucher.

يمكنك الآن تجديد رخصتك التجارية من خلال الرسائل النصية القصيرة، أرسل رقم الرخصة إلى 6969 (دو/اتصالات) للحصول على اذن الدفع.

Get **FREE** access to Zoho One for the first year
احصل على زوهو ون مجاناً للسنة الأولى


Zoho.com/ded

Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae
وثيقة إلكترونية معتمدة وصادرة بدون توقيع من دائرة التنمية الاقتصادية. لمراجعة صحة البيانات الواردة في الرخصة برجاء زيارة الموقع www.dubaided.gov.ae

Ex 3, P106



**GOVERNMENT OF DUBAI**

**DUBAI ECONOMY**

## Receipt   الرصيد

| | | | | |
|---|---|---|---|---|
| **Receipt Date** | 23/11/2021 | تاريخ الإيصال   **Receipt No** | 14155803 | رقم الإيصال |
| **Company Name** | مركز وول ستريت للصرافة( ش . ذ. م. م) - فرع  WALL STREET EXCHANGE CENTRE (L.L.C.) (BRANCH) | | | اسم الشخص |
| **Procedure** | Renew License | | Renew License | نوع الاجراء |
| **P.V.Nr.** | 19253086 | رقم إذن الدفع   **License Nr.** | 509074 | رقم الرخصه |
| **Payment Mode** | eGovernment Online Payment | | eGovernment Online Payment | كيفية الدفع |
| **Amount in Words** | ستة وثلاثون الفا وأربعة وسبعون درهمافلسان  Thirty Six Thousand and Seventy Four Dirhams And Twenty  fils | | | القيمة بالحروف |

Page 1 of 1   تم الطباعة فى 23/11/2021  2:50 pm   Printed on   1 صفحة من 1

| Print Date | 23/11/2021 | 14:50 | تاريخ الطباعة | Receipt No. | 14155803 | رقم الإيصال |



**THE EMIRATES**

يمكنك الآن تجديد رخصتك التجارية من خلال الرسائل النصية القصيرة، أرسل رقم الرخصة إلى 6969 (دو/اتصالات) للحصول على اذن الدفع.
Now you can renew your trade license by sending a text message (SMS).  Send your trade license number to 6969 (Du/ Etisalat) to receive payment voucher.

Get **FREE** access to Zoho One for the first year
احصل على زوهو ون **مجاناً** للسنة الأولى



Zoho.com/ded

وثيقة إلكترونية معتمدة وصادرة بدون توقيع من دائرة التنمية الاقتصادية. لمراجعة صحة البيانات الواردة في الرخصة برجاء زيارة الموقع www.dubaided.gov.ae
Approved electronic document issued without signature by the Department of Economic Development.  To verify the license kindly visit www.dubaided.gov.ae

Ex 3, P107

**GOVERNMENT OF DUBAI**

**DUBAI ECONOMY**

**Dear Merchants,**
**Kindly take the following instruction into high consideration:**

1. It is not allowed to change the location registered in the license to move to another address unless DED approval is obtained.
2. The trade name on the signboard must conform to the name mentioned in the license and typed in one size.
The trade name must be in both Arabic and English **as follows:**
- The trade name in Arabic must be placed on the right hand side of the signboard whereas the English text on the left hand side.
- The Arabic text must be in same size of the English equivalent
- The Arabic trade name must be placed above the English equivalent.
3. A commercial permit must be issued for additional signboards and for placing trademarks on the signboard.
4. Text must not occupy more than 50% of the signboard.
5. Shops operating hours must not exceed 12:00 am unless a permit is issued.
6. Discounts, sales or special offers must not be announces unless a permit is issued.
7. It is not allowed to apply any amendments or change the license details unless approved by DED.
8. Prices must be placed on products and goods.
9. The Consumer Protection Card (Be Right and Know Your Consumer Rights) must be typed and placed visibly above the DED website www.consumerrights.ae
10. Consumers have the right to receive a purchase receipt.
11. Announce the sale policy to consumer through suitable applicable channels (to clarify procedures for goods replacement, repair and refund).
12. It is not allowed to promote products through agents, telephone calls, or other ways or yelling.
13. Permits must be issued for warehouses of licensed business or additional offices or kiosks.
14. Restaurants must place a menu in both Arabic and English languages.
15. Place an approved price list for services provided by ladies and gentlemen salons at a visible area.
16. The displayed price list should be inclusive of 5% VAT
17. Invoices must clearly reflect the total amount of the purchased goods, services and VAT.
18. Avoid promoting or selling or displaying any counterfeited goods.
19. To protect trade marks, it must be registered by the Ministry of Economy.
20. Dubai Economy has the right to suspend or cancel the license or impose fines in case of non-compliance with the terms and conditions as well as violation of the legislation in the UAE.

عزيزي التاجر،،،
يرجى اخذ التعليمات التالية بعين الاعتبار:

1. عدم القيام بتغيير موقع الترخيص والانتقال الى موقع اخر دون الحصول على موافقة الدائرة.
2. ضرورة ان يكون الاسم التجاري المدون على اللافتة مطابق للاسم المدون بالرخصة مع ضرورة كتابته بحجم واحد.
الحرص على أن تكون اللافتة باللغتين العربية والانجليزية **و بالشكل التالي:**
- يكتب الاسم التجاري باللغة العربية في يمين اللافتة وباللغة الإنجليزية تجاه اليسار.

- يكتب الاسم التجاري باللغة العربية بنفس حجم الاسم المكتوب باللغة الانجليزية
- يكتب الاسم التجاري باللغة العربية أعلى الاسم المكتوب باللغة الانجليزية
3. الحرص على استخراج تصريح للافتات الاضافيه والعلامات التجارية على اللافتة.
4. عدم تظليل الواجهة أكثر من 50%
5. عدم العمل لساعات اضافية بعد الساعة 12:00 بعد منتصف الليل الا بعد استخراج تصريح.
6. عدم اجراء التنزيلات او التصفيات او العروض الخاصة بدون تصريح.
7. عدم اجراء اي تعديل و تغيير بيانات الترخيص الا بعد الرجوع للدائرة.
8. الالتزام بكتابة الاسعار على السلع والبضائع.
9. طباعة ووضع بطاقة حماية المستهلك (كن على حق واعرف حقوقك كمستهلك) في مكان بارز من موقع الدائرة www.consumerrights.ae
10. للمستهلك الحق في الحصول على فاتورة الشراء.
11. الاعلان عن سياسة البيع للمستهلك عبر وسيلة اعلان مناسبة شاملة (لعملية الاسترجاع او الاستبدال او الاصلاح للسلع)
12. عدم الترويج عن منتج عن طريق المندوبين، أو الاتصال أو غير ذلك وعدم البيع بطريقة المناداه
13. استخراج تصريح لمستودعات التخزين الخاصة بالمنشأة المرخصة او تصريح للمكاتب الإضافية أو الاكشاك.
14. يجب على المطاعم وضع قائمه الطعام باللغتين العربيه والانجليزيه.
15. يجب وضع واعتماد قائمة الاسعار الخاصة بالصالونات الرجالية والنسائية ووضعها في مكان بارز.
16. يجب ان تكون الاسعار المعلنه مشمولة القيمة المضافه 5%
17. يجب عرض الفاتورة بشكل تفصيلي موضحا فيها القيمه الاجمالية للسلع والخدمات وقيمة الضريبه المضافة.
18. عدم القيام بالترويج او البيع او العرض لأية بضائع مقلدة أو مغشوشة.
19. الحرص على تسجيل العلامه التجارية بوزارة الاقتصاد بهدف حمايتها.
20. يحق لاقتصادية دبي إيقاف الترخيص أو إلغائه أو فرض الغرامات في حال عدم الالتزام بالشروط و الأحكام و مخالفة التشريعات في الدولة.

| | | | | | |
|---|---|---|---|---|---|
| **Print Date** | 23/11/2021 | 14:50 | تاريخ الطباعة | **Receipt No.** | 14155803 | رقم الإيصال |



THE EMIRATES

يمكنك الآن تجديد رخصتك التجارية من خلال الرسائل النصية القصيرة، أرسل رقم الرخصة إلى 6969 (دو/اتصالات) للحصول على اذن الدفع.
Now you can renew your trade license by sending a text message (SMS). Send your trade license number to 6969 (Du/ Etisalat) to receive payment voucher.

Get **FREE** access to Zoho One for the first year
احصل على زوهو ون **مجاناً** للسنة الأولى
Zoho.com/ded



وثيقة إلكترونية معتمدة وصادرة بدون توقيع من دائرة التنمية الاقتصادية .لمراجعة صحة البيانات الواردة في الرخصة برجاء زيارة الموقع www.dubaided.gov.ae
Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae

Ex 3, P108