# Exhibit FAA 4

**APHAMEA** TRANSLATION & LINGUISTIC SERVICES

Burj Khalifa, Business Bay, Churchill Tower
41st Floor, Office No. 4110
Dubai - United Arab Emirates
Tel: +971 4 3918848
Email: aphamea.tr@gmail.com




**United Arab Emirates**
**Ministry of Justice**
P. O. Box 1682
Tel.: 04-2312000
Dubai – UAE

No.: 3/3/1
Date: 27 December 2010
Being: 22 Muharram 1432H

M/s. HADEF & PARTENRS ADVOCATES OFFICE

**Subject: Receiving of Judicial Documents and Notices issued outside the State**

We would like to bring to your attention that it is noticed, recently, that some of the Legal Consultants Offices, which connected with Advocates Offices abroad, are receiving judicial documents and notices issued by courts abroad. They deliver the same to persons in the State without having such documents or notices passing through the competent authorities, whether by way of the Diplomatic Channels or through the Ministry of Justice. This is to have them examined in order to see the extent of their compatibility with the laws and conventions. Such act is considered as explicit violation of the international norms and conventions followed in this regard. This is in addition to the resulting legal consequences against those who receive such judicial documents and notices.

Therefore, it is strictly prohibited for the Legal Consultants Offices to receive judicial documents or notices coming from abroad or deliver the same to the nationals of the State or to the residents in the State. Such judicial documents or notices should be sent through the Diplomatic Channels or through the Ministry of Justice.

With all best regards and due respects,,

(Signed & Sealed)
Mohamed Bin Hamad Al-Badi
Undersecretary, Ministry of Justice

I:\Daily works\References\Printing Software PRNT5 Printing Software Version 5\factory\trans.docx

**UNITED ARAB EMIRATES**
**MINISTRY OF JUSTICE**

الإمارات العربية المتحدة
وزارة العـــــدل

Ref. No.: ................................
Date    : ................................

لرقم ........... ٩/٣/٣
التاريخ ........... ٢٧ ديسمبر ٢٠١٠ م
الموافق : ........... ٢٢ محرم ١٤٣٢ هـ

السادة/ مكتب هادف وشركاؤه للمحاماة       المحترمين

السلام عليكم ورحمة الله وبركاته ،،،

الموضوع: استلام إعلانات ومستندات قضائية صادرة من خارج الدولة

نود الإحاطة بأنه قد لوحظ في الفترة الأخيرة قيام بعض مكاتب الاستشارات القانونية والتي تربطها علاقات بمكاتب محاماة خارج الدولة باستلام إعلانات ومستندات قضائية صادرة من محاكم خارج الدولة وتسليمها لأشخاص متواجدين داخل الدولة بدون مرور هذه الإعلانات أو المستندات على الجهات المختصة سواء عن طريق القنوات الدبلوماسية أو عن طريق وزارة العدل، وذلك لفحصها من أجل بيان مدى مطابقتها للقوانين و الاتفاقيات ، وحيث أن ذلك يعد مخالفة صريحة للاتفاقيات والأعراف الدولية المتبعة في هذا الشأن، بالإضافة لما يترتب على ذلك من تبعات قانونية على مستلمي تلك الإعلانات والمستندات القضائية.

لذا يمنع منعاً باتاً على مكاتب الاستشارات القانونية استلام الإعلانات أو المستندات القضائية الواردة من الخارج أو تسليمها لرعايا الدولة أو المقيمين داخل الدولة ، حيث يجب إرسال تلك الإعلانات أو المستندات القضائية عن طريق القنوات الدبلوماسية أو من خلال وزارة العدل .

وتفضلوا بقبول فائق الاحترام والتقدير،،



📠 fadi

15407074

Abu Dhabi : P.O.Box : 260 - Tel.: 02 - 6921000
Dubai     : P.O.Box : 1682 - Tel.: 04 - 2312000
web Site : http ://moj.gov.ae

أبوظبي - ص.ب : 260 - هاتف : 02 - 6921000
دبـــي - ص.ب : 1682 - هاتف : 04 - 2312000
البريد الإلكتروني : E.mail : justice@moj.gov.ae

Ex 4, P110