**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>                              Defendants. | **21 Civ. 4400 (HG) (RML)** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 1, 2022, I caused a true and correct copy of the following

documents, to be served via electronic mail on all counsel of record in this case, pursuant to Federal

Rule of Civil Procedure 5(b)(2)(E):

1.  Notice of Defendant Wall Street Exchange LLC's Motion to Dismiss the Amended Complaint.

2.  Memorandum of Law in Support of Wall Street Exchange LLC's Motion to Dismiss the Amended Complaint.

3.  Declaration of Dr. Faraj A. Ahnish, with accompanying exhibits.

4.  Declaration of Amit Kumar Choudhary.

Dated:  New York, New York
        November 1, 2022

                                        /s/ Stephen M. Baldini
                                        Stephen M. Baldini