IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,<br><br>Defendants. | No. 1:21-CV-04400 (HG) (RML) |

## CERTIFICATE OF SERVICE

I certify that on November 29, 2022, I caused true and correct copies of Plaintiffs' oppositions to Wall Street Exchange Centre LLC's Motion to Dismiss to be served via CM/ECF on all counsel of record in this case.

Dated: November 29, 2022

s/Tejinder Singh

Tejinder Singh
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
tejinder.singh@sparacinopllc.com