IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK TRUST COMPANY AMERICAS, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED BANK (PAKISTAN) LIMITED, DANSKE BANK A/S, DANSKE MARKETS INC., PLACID NK CORPORATION d/b/a PLACID EXPRESS, and WALL STREET EXCHANGE LLC,<br><br>　　　　　　　　　Defendants. | 1:21 Civ. 04400 (HG) (RML) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I caused a true and correct copy of Wall Street Exchange LLC's[1] Reply in Support of Their Motion to Dismiss the Amended Complaint to be served via electronic mail on all counsel of record in this case, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Dated:  New York, New York
　　　　December 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Stephen M. Baldini
　　　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. Baldini

---

[1] The Amended Complaint refers to Wall Street Exchange LLC, however; the correct name is Wall Street Exchange Centre LLC.