```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AUGUST WILDMAN, et al.,
```

        Plaintiffs,                      JUDGMENT

   v.                                            21-CV-04400 (HG) (RML)

DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,

        Defendants.
------------------------------------------------------------ X

    A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge, having been filed on December 29, 2022, granting Defendants' motions to dismiss with prejudice, *Miller v. Brightstar Asia, Ltd.,* 43 F.4th 112, 126 (2d Cir. 2022); it is

    ORDERED and ADJUDGED that Defendants' motions to dismiss are granted with prejudice. *Miller v. Brightstar Asia, Ltd.,* 43 F.4th 112, 126 (2d Cir. 2022).

Dated: Brooklyn, NY                                                    Brenna B. Mahoney
       January 3, 2023                                          Clerk of Court

                                                                      By: */s/Jalitza Poveda*
                                                                          Deputy Clerk