IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST WILDMAN, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br>DEUTSCHE BANK<br>AKTIENGESELLSCHAFT, *et al.*,<br><br>      Defendants. | No. 1:21-CV-4400-HG-RML |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all plaintiffs named in the Amended Complaint (Doc. 38) hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered January 3, 2023 (Doc. 91) dismissing plaintiffs' claims against defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, and Danske Bank A/S, as well as any adverse interlocutory orders.

Dated: January 27, 2023

                Respectfully submitted,

                s/Tejinder Singh

                Tejinder Singh
                Ryan R. Sparacino
                Eli J. Kay-Oliphant
                SPARACINO PLLC
                1920 L Street, NW, Suite 835
                Washington, D.C. 20036
                Tel: (202) 629-3530
                tejinder.singh@sparacinopllc.com
                ryan.sparacino@sparacinopllc.com
                eli.kay-oliphant@sparacinopllc.com

                *Counsel for Plaintiffs*