White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

April 13, 2023

VIA CM/ECF

The Honorable Hector Gonzalez
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Wildman, et al. v. Deutsche Bank Aktiengesellschaft*, et al.,**
**Case No. 1:21-cv-04400-HG-RML (E.D.N.Y.)**
**Letter-Motion to Withdraw as Counsel of Record for Placid NK Corporation**

Dear Judge Gonzalez:

I will cease to be associated with White & Case LLP after April 13, 2023. Therefore, I respectfully request to withdraw my appearance on behalf of Placid NK Corporation, d/b/a/ Placid Express, in the above-captioned case.

Plaintiffs did not notice an appeal (*see* ECF No. 92) of the Court's dismissal with prejudice of all claims against Placid Express (see ECF Nos. 90 & 91). My withdrawal will not occasion a request for an extension of any deadlines in the case. I am not asserting a retaining or charging lien in connection with my departure.

Respectfully submitted,

**Matthew S. Leddicotte**
Counsel

T +1 202 637 6246
E mleddicotte@whitecase.com

cc: Counsel of Record