# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 17, 2023

Via ECF

The Honorable Hector Gonzalez
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Wildman* v. *Deutsche Bank Aktiengesellschaft*, 21 Civ. 4400 (HG) (RML)

Dear Judge Gonzalez:

Pursuant to Local Civil Rule 1.4 of the U.S. District Courts for the Eastern and Southern Districts of New York, I respectfully request leave to withdraw my appearance as an attorney of record on behalf of Defendant Danske Bank A/S ("Danske Bank") in the above-captioned action. Withdrawal is sought because I will not be associated with Sullivan & Cromwell LLP effective as of July 17, 2023. Danske Bank continues to be represented by attorney Brian T. Frawley of Sullivan & Cromwell LLP.

My withdrawal will not adversely affect the interests of Danske Bank, whose dismissal Your Honor ordered in December 2022 and which plaintiffs have appealed. I am not asserting a retaining or charging lien.

Sincerely,

*/s/ Amanda Shami*
Amanda Shami

cc: Counsel of Record