# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| |
|---|
| AUGUST WILDMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*, <br><br> Defendants. |

No. 1:21-CV-4400-HG-RML

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Bradley P. Smith, hereby move this Court for leave to withdraw as counsel for Defendants Standard Chartered Bank, Standard Chartered Bank (Pakistan) Limited, and Standard Chartered PLC (collectively, "SCB") in the above-captioned action and direct the Clerk of Court to remove my name from the CM/ECF filings service list for this matter. I hereby respectfully move for leave to withdraw because I am leaving Sullivan & Cromwell LLP effective August 2, 2025. The remaining counsel of record from Sullivan & Cromwell LLP will continue to represent SCB in this action.

My withdrawal will not result in delay in this case, and I am not asserting a retaining or charging lien. Pursuant to Local Rule 1.4, a copy of this motion will be transmitted to all parties.

Dated: July 24, 2025  
      New York, New York

Respectfully submitted,

*/s/ Bradley P. Smith*
Bradley P. Smith (smithbr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Standard Chartered Bank, Standard Chartered Bank (Pakistan) Limited, and Standard Chartered PLC*